USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**
**SEALED**

No. 15 CR 654

HOUSTON DIVISION

USAO Number: 2012R15415
Magistrate Number:

CRIMINAL INDICTMENT

United States District Court
Southern District of Texas
FILED

Filed DEC 12/10/2015    Judge: Kenneth Hoyt

David J. Bradley, Clerk of Court

**UNITED STATES of AMERICA**
vs.

ATTORNEYS:
KENNETH MAGIDSON, USA          (713) 567-9000
JOHN P. PEARSON, AUSA          (713) 567-9341

|  | Appt'd | Private |
|---|---|---|
| ROBERTO ENRIQUE RINCON-FERNANDEZ | ☐ | ☐ |
| [Cts. 1-5, 11-18] | ☐ | ☐ |
| ABRAHAM JOSE SHIERA-BASTIDAS | ☐ | ☐ |
| [Cts. 1, 6-18] | ☐ | ☐ |

Sealed

Ct. 1: Conspiracy [18 U.S.C. § 371]

Cts. 2-10: Foreign Corrupt Practices Act [15 U.S.C. § 78dd-2; 18 U.S.C. § 2]

Ct. 11: Conspiracy to Commit Money Laundering [18 U.S.C. § 1956(h)]

Cts. 12-14: Money Laundering [18 U.S.C. § 1956(a)(1)(B)(i) and 18 U.S.C. § 2]

Cts. 15-18: Money Laundering [18 U.S.C. § 1957; 18 U.S.C. § 2]

CHARGE:
(TOTAL)
(COUNTS:
( 18 )

**PENALTY:**

Ct. 1: Up to 5 years imprisonment, $250,000 fine, 3 years S/R, and $100 S/A.
Cts. 2-10: Up to 5 years imprisonment, $250,000 fine, 3 years S/R, and $100 S/A per count.
Ct. 11: Not more than 10 years imprisonment, $250,000 fine or twice the value of the property involved in the transaction; 3 years S/R, and a $100 S/A.
Cts. 12-14: Up to 20 years imprisonment and fine up to $500,000 or twice the gross gain or less, 5 years S/R, and $100 S/A per count.
Cts. 15-18: Not more than 10 years imprisonment; $250,000 fine, 3 years S/R, and a $100 S/A per count.
NOTICE OF FORFEITURE [28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C)]
NOTICE OF FORFEITURE [18 U.S.C. § 982(a)(1)]

☐ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**