UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CRIMINAL NO. |
| v. § | |
| § | 15 CR 654 |
| § | |
| ROBERTO ENRIQUE RINCON- § | |
| FERNANDEZ § | |

DEFENDANT'S CONSENT TO A CONTINUANCE AND SPEEDY TRIAL WAIVER

1. I AM ROBERTO ENRIQUE RINCON-FERNANDEZ, THE DEFENDANT IN THE ABOVE-ENTITLED ACTION. ON MONDAY JANUARY 4, 2016 I HAD A LEGAL VISIT FROM MY DEFENSE ATTORNEYS AT THE JOE CORLEY CORRECTIONAL FACILITY IN CONROE. THE CONTACT VISIT FACILITY WHERE I MET WITH MY ATTORNEYS DID NOT HAVE A COMPUTER, PRINTER OR TYPEWRITER. I THEREFORE ASK THE COURT TO ACCEPT THIS HANDWRITTEN CONSENT TO A CONTINUANCE AND SPEEDY TRIAL WAIVER IN SUPPORT OF MY ATTORNEYS' MOTION FOR A CONTINUANCE

2. MY ATTORNEYS EXPLAINED TO ME THAT MY

1

ATTORNEY SAM LOUIS HAS BEEN IN CONTACT WITH THE GOVERNMENT BY DEPARTMENT OF JUSTICE TRIAL ATTORNEY JEREMY SANDERS AND THAT THE GOVERNMENT AND MY DEFENSE ATTORNEYS ARE IN AGREEMENT THAT A CONTINUANCE OF THESE PROCEEDINGS AS SET FORTH IN THE COURT'S SCHEDULING ORDER WOULD FACILITATE DISCUSSIONS AND NEGOTIATIONS THAT MAY RESULT IN A DISPOSITION OF MY CASE WITHOUT THE NEED FOR A TRIAL.

3. MY ATTORNEYS HAVE EXPLAINED TO ME THE OPERATION OF THE U.S. SPEEDY TRIAL ACT AND MY RIGHT TO HAVE A SPEEDY AND PUBLIC TRIAL OF MY CASE. I ASK THE COURT TO GRANT MY ATTORNEYS' MOTION FOR A CONTINUANCE OF THIS MATTER AND I KNOWINGLY AND VOLUNTARILY CONSENT TO ANY WAIVER OF THE RIGHTS TO A SPEEDY TRIAL AS SET FORTH IN THE SPEEDY TRIAL ACT. I REALIZE THAT IF THE COURT GRANTS MY ATTORNEYS' MOTION THERE WILL BE A TOLLING OF THE SPEEDY TRIAL CLOCK TO ALLOW THE ABOVE-MENTIONED NEGOTIATIONS TO TAKE PLACE. NO ONE HAS THREATENED ME OR COERCED ME TO MAKE THIS WAIVER AND CONSENT.

CONSENTIMIENTO DEL ACUSADO A UN APLAZO DE TRAMITES JUDICIALES Y RENUNCIA DE DERECHOS A UN JUICIO RAPIDO

1. YO SOY ROBERTO ENRIQUE RINCON-FERNANDEZ, EL ACUSADO EN EL CASO NOMBRADO ARRIBA. EN EL LUNES EL 4 DE ENERO 2016 TUVE UNA VISITA LEGAL DE MIS ABOGADOS DEFENSORES EN LA CARCEL JOE CORLEY CORRECTIONAL FACILITY EN CONROE, TEXAS. LA FACILIDAD DONDE REUNI CON MIS ABOGADOS, DE VISITA CON CONTACTO NO TENIA NINGUN COMPUTADOR, IMPRESOR, MAQUINA DE ESCRIBIR O OTRA MAQUINA PARA PREPARAR ESTE DOCUMENTO, ASI QUE YO LE PIDO AL TRIBUNAL QUE ACEPTE ESTE CONSENTIMIENTO, ESCRITO POR MANO, A UN APLAZO DE MI CASO Y MI RENUNCIA DE UN JUICIO RAPIDO, IN APOYO DE LA MOCION DE MIS ABOGADOS A UN APLAZO.

2. MIS ABOGADOS ME EXPLICARON QUE MI ABOGADO SAM LOUIS HA ESTADO EN CONTACTO CON EL GOBIERNO POR EL ABOGADO DE JUICIO DEL DEPARTAMENTO DE LA JUSTICIA JEREMY SANDERS Y QUE AMBOS EL GOBIERNO Y MIS ABOGADOS DEFENSORES ESTAN DE ACUERDO QUE UN APLAZO DE ESTOS TRAMITES COMO ORDENADO EN LA ORDEN

3

DEL HORARIO DE PROCEDIMIENTOS DEL TRIBUNAL FACILITARÍA CONVERSACIONES Y NEGOCIACIONES QUE TAL VEZ PUEDEN RESULTAR EN UN DESENLACE DE MI CASO SIN LA NECESIDAD DE UN JUICIO.

3. MIS ABOGADOS ME HAN EXPLICADO LA OPERACIÓN DE LA ACTA DE JUICIO RAPIDO FEDERAL DE LOS ESTADOS UNIDOS Y MI DERECHO A UN JUICIO RAPIDO Y PUBLICO EN MI CASO. YO LE PIDO AL TRIBUNAL QUE OTORGE LA MOCIÓN DE MIS ABOGADOS PARA UN APLAZO DE ESTE ASUNTO Y YO, A SABIENDAS Y VOLUNTARIAMENTE DOY MI CONSENTIMIENTO A CUALQUIER RENUNCIA DE LOS DERECHOS A UN JUICIO RAPIDO COMO CONTENIDOS EN LA ACTA DE JUICIO RAPIDO. ME DOY CUENTA QUE SI LA CORTE OTORGE LA MOCIÓN DE MIS ABOGADOS SERÁ UNA PARADA O "CONGELACIÓN" DEL RELOJ DE JUICIO RAPIDO PARA PERMITIR LAS NEGOCIACIONES MENCIONADAS ARRIBA TOMAR LUGAR. NADIE ME HA AMENAZADO NI ME HA HECHO COERCIÓN NI ME HA FORZADO HACER ESTE RENUNCIA Y CONSENTIMIENTO

SIGNED JANUARY 4, 2016
FIRMADO JANUARY 4, 2016

_____
ROBERTO ENRIQUE RINCON-
FERNANDEZ

4

WITNESSED BY:

*[signature]*
SAM LOVES ATTORNEY AT LAW

*[signature]*
GARY SILLER ATTORNEY AT LAW

*[signature]*
PAUL R. NALVEN ATTORNEY AT LAW

5