| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON  DIVISION

UNITED STATES OF AMERICA

NOTICE OF SETTING

v.    4:15cr654-1

ROBERTO ENRIQUE RINCON-FERNANDEZ

## You Are Directed To Appear Before:

### JUDGE NANCY JOHNSON
### Courtroom 700, 7th Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

## DATE : AUGUST 2, 2016 AT 3:00 P.M.

### Purpose of Proceeding

# BOND HEARING

cc:   AUSA - **JOHN P. PEARSON, ROBERT JOHNSON**

Defendant's Counsel- **SAM LOUIS**

U. S. Marshal

Interpreter-

Pretrial  Officer:

**David Bradley, Clerk**

By Deputy     l    Shannon Jones                   Date:     08.02.2016