UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| ROBERTO ENRIQUE RINCON-FERNANDEZ | § | CRIMINAL ACTION H-15-654-1 |
| ABRAHAM JOSE SHIERA-BASTIDAS | § | CRIMINAL ACTION H-15-654-2 |
| CHARLES QUINTARD BEECH, III | § | CRIMINAL ACTION H-17-6 |
| FERNANDO ARDILA-RUEDA | § | CRIMINAL ACTION H-17-515 |
| JUAN CARLOS CASTILLO-RINCON | § | CRIMINAL ACTION H-18-200 |
| JOSE M. GONZALEZ-TESTINO | § | CRIMINAL ACTION H-19-341 |

## Order

The sentencing of the defendant is reset as follows:

1. The presentence investigation reports will be available to the defendant by July 17, 2020.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by July 31, 2020.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by August 14, 2020.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencing will be held on August 19, 2020 at 10:00 a.m.

Signed at Houston, Texas on January 17, 2019.

_____
Gray H. Miller
Senior United States District Judge