United States District Court
Southern District of Texas
**ENTERED**
July 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CRIMINAL NO. H-15-654-1** |
| § | |
| **ROBERTO ENRIQUE RINCON** § | |
| **FERNANDEZ,** § | |
| § | |
| **DEFENDANT** § | |

## ORDER FOR CONTINUANCE

Having considered the Agreed Motion for Continuance filed by the government, the Court concludes that the Motion should be GRANTED.

Accordingly, the Court ORDERS that sentencing in this matter be continued until  February 10, 2022 at 10:00 a.m.  .  The associated deadlines are also continued: the preparation of the initial Presentence Report is due on January 6, 2022 , objections are due on January 20, 2022, and the final Presentence Report is due on  February 3, 2022  .

Signed in Houston, Texas on July 6, 2021.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE