Southern District of Texas
**ENTERED**
January 19, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § | **CRIMINAL NO. H-15-654-1** |
| § | |
| **ROBERTO ENRIQUE RINCON FERNANDEZ,** § § § | |
| **DEFENDANT** § § | |

## ORDER FOR CONTINUANCE

Having considered the Agreed Motion for Continuance filed by the government, the Court concludes that the Motion should be GRANTED.

Accordingly, the Court ORDERS that sentencing in this matter be continued until August 10, 2022 at 1:30p.m. in Courtroom 9-D. The associated deadlines are also continued: the preparation of the initial Presentence Report is due on July 6, 2022, objections are due on July 20, 2022, and the final Presentence Report is due on August 3, 2022.

Signed in Houston, Texas on January 19, 2022.

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE