IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | |
| ROBERTO ENRIQUE RINCON-FERNANDEZ | § | DOCKET NO. 4:15CR00654-001 |
| | § | |

# ORDER

(☑) ORDERED THAT DEFENDANT, ROBERTO ENRIQUE RINCON-FERNANDEZ, be released from GPS supervision no more than twenty-four (24) hours before his voluntary surrender to the Bureau of Prisons.

(☐) ORDERED THAT DEFENDANT, ROBERTO ENRIQUE RINCON-FERNANDEZ, report to the U.S. Probation Office for removal of the GPS unit and surrender directly to the U.S. Marshal Service on the date of his surrender.

(☐) ORDERED THAT DEFENDANT, ROBERTO ENRIQUE RINCON-FERNANDEZ, report to the U.S. Probation Office for removal of the GPS upon placement on supervision.

_____
Gray H. Miller
Senior United States District Judge

1/25/23
Date