1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION

3    **********************************************************

4    UNITED STATES OF AMERICA        4:15-CR-00654-1

5
     VS.                             HOUSTON, TEXAS
6

7    ROBERTO ENRIQUE
     RINCON-FERNANDEZ                JANUARY 25, 2023
8

9    **********************************************************

10         TRANSCRIPT OF SENTENCING PROCEEDINGS
        HEARD BEFORE THE HONORABLE GRAY H. MILLER
11            UNITED STATES DISTRICT JUDGE

12   **********************************************************

13   APPEARANCES:

14   FOR THE GOVERNMENT:         MS. SONALI D. PATEL
                                 MS. MARIHUG CEDENO
15                               U.S. Department of Justice
                                 1400 New York Avenue NW
16                               Washington, DC 20005

17                               MS. KRISTINE E. ROLLINSON
                                 MS. CAROLYN FERKO
18                               U.S. Attorney's Office
                                 1000 Louisiana Street
19                               Suite 2300
                                 Houston, Texas 77002
20

21   FOR THE DEFENDANT:          MR. SAMUEL LOUIS
                                 MR. SPENCER F. RYERSON
22                               Holland & Knight
                                 811 Main Street
23                               Suite 2500
                                 Houston, Texas 77002
24
             Proceedings recorded by mechanical stenography,
25   transcript produced via computer.

```
 1                                    MR. JIM E. LAVINE, I
                                     Zimmermann
 2                                       Lavine & Zimmermann P.C.
                                     770 South Post Oak Lane
 3                                   Suite 620
                                     Houston, Texas 77056
 4

 5
        Official Court Reporter:     Lanie M. Smith, CSR, RMR, CRR
 6                                   Official Court Reporter
                                     United States District Court
 7                                   Southern District of Texas
                                     515 Rusk
 8                                   Room 8004
                                     Houston, Texas 77002
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           **P R O C E E D I N G S**

2           THE COURT:  All right.  Are we ready on the next case?

3   Good.

4           The Court calls Criminal Case 15-654-1, the

5   United States of America versus Roberto Enrique Rincon.

6           Who is here for the government?  Ms. Patel

7   again?

8           MS. PATEL:  Yes, Your Honor.  Good morning.

9           THE COURT:  And your cohorts?

10          MS. PATEL:  And everyone else.

11          THE COURT:  Your entourage.  Good morning.

12          And who is here for the defendant?

13          MR. LOUIS:  Good morning, Your Honor.  Long time.

14   Sam Louis, Jim Lavine and Spencer Ryerson.

15          THE COURT:  Good morning to all of you.

16          All right.  And I did get your filing this

17   morning, Mr. Louis.

18          MR. LOUIS:  Thank you, Your Honor.

19          THE COURT:  And I have read it.  It took me a while,

20   but I've got it.

21          All right.  And Mr. Rincon is present and has

22   an interpreter, who is interpreting the proceedings for him?

23          MR. LAVINE:  Yes, Your Honor.

24          THE COURT:  All right.  Good morning, Mr. Rincon.

25          As you know, this is a sentencing hearing in

1    your case, and I want to start by briefly describing the

2    Court's sentencing procedures.

3          The U.S. Supreme Court has held in the *Booker* case that

4    the sentencing guidelines are advisory and not mandatory for

5    judges.

6          *Booker* requires a sentencing court to consider

7    the guideline ranges, but it permits the Court to tailor the

8    sentence in light of other statutory concerns as well.

9          The Court, in the exercise of its sentencing

10   discretion, will rely on the factors that are set out in

11   Section 3553(a) to fashion an appropriate sentence in your case

12   to achieve the congressionally mandated purposes of sentencing

13   as set forth in the Sentencing Reform Act of 1984.

14         The Court will endeavor to faithfully apply the

15   directives within the guidelines in their entirety to determine

16   the total offense level and the criminal history category under

17   the guidelines.  Thereafter, the Court will exercise its

18   discretion to determine the appropriate sentence.

19         In doing so, the Court will give considerable

20   weight to the sentencing range calculated under the guidelines.

21   Any comments by the Court in the course of this sentencing are

22   not to be construed as an indication that the Court believes

23   that the guidelines are mandatory or that they constrain the

24   Court's ultimate sentencing discretion.

25         The standard of proof for factual findings in

1    connection with sentencing is preponderance of the evidence;

2    and in determining whether that standard has been met, a

3    presentence report is generally considered sufficiently

4    reliable to be used by the trial court as evidence in making

5    the factual determinations which are required by the advisory

6    guidelines.

7              Now, in your case, Mr. Rincon, I have reviewed

8    quite a bit of information, including the presentence report,

9    which was prepared by the probation department; objections

10:50AM  10   filed and other material, which is all in the Court's file in

11   this case.

12             So with respect to the presentence report,

13   let's start with that.

14             Are there any objections by the government that

10:51AM  15   need rulings, Ms. Patel?

16        MS. PATEL:  Your Honor, the government doesn't object

17   to the ultimate calculation; but we do object to the grouping

18   analysis undertaken by probation.

19             We don't believe that the tax offense should be

10:51AM  20   separated for the purposes of grouping.  I think our

21   calculation ends up at the same place, but we agree with

22   Mr. Lavine that there should not be a separate grouping

23   analysis, that they should all be grouped together.

24        THE COURT:  All right.  But with respect to the final

10:51AM  25   offense level, it amounts to the same thing?

1          MS. PATEL:  Yeah, it ends up being a wash; but we did

2     agree with Mr. Lavine that that's how they should be

3     calculated.

4          PROBATION OFFICER:  Your Honor, we concur; and in the

10:51AM  5     revised PSR, we've noted that multiple count adjustment.

6          THE COURT:  All right.  So that's been resolved.

7              Nothing else on behalf of the government?

8          MS. PATEL:  No.

9          THE COURT:  Mr. Louis?

10:51AM 10     MR. LOUIS:  Yes, Your Honor.

11          THE COURT:  Do you have any objections that need

12     rulings?

13          MR. LOUIS:  Yes, Your Honor.  The only one that remains

14     outstanding from the defense perspective is Paragraph 107; so

10:52AM 15     although the government and the defense agree that all three

16     counts should be grouped together --

17          THE COURT:  Right.

18          MR. LOUIS:  -- which would result in our calculation

19     and we would request an advisory guideline range of 120 months.

10:52AM 20     The application of the guideline under 5G would say that

21     despite grouping that would result in a guideline of

22     120 months, you should then consider them separately, which

23     would then result in a guideline range of 156 months.

24              So that result is a 36-month increase.

25          THE COURT:  Right.

1     MR. LOUIS:  And so despite the application of the

2  guideline that specifically says you should not double count

3  and treat the tax count separately because a specific offense

4  characteristic of that is subsumed within the two counts, the

10:53AM  5  conspiracy and the substantive count, that is really taken away

6  by the application of the guideline range in 5G, which says,

7  well, you consider them separately, which now results in a

8  combined advisory guideline range of 156 months.

9     And so on one hand, the guideline specifically

10:53AM 10  gives guidance; but in the application of another guideline, it

11  undermines that and says, well, for purposes of determining the

12  relative harm and the advisory guideline, it's 156 months.

13     And that's our objection.

14     THE COURT:  All right.  Ms. Patel, what's your position

10:53AM 15  on that?

16     MS. PATEL:  Your Honor, the government's position is

17  that while they should not be double counted for the purposes

18  of a grouping analysis, Section 5G1.1 requires that the sort of

19  statutory maximums be stacked when the offense -- sort of the

10:54AM 20  maximum would not account for the full range of a defendant's

21  conduct, which we think is this case.

22     And so doing that, which I think the probation

23  department concurs in, would result in a statutory maximum of

24  156 months.

10:54AM 25     And I would note that that's how the statutory

1   maximum has been calculated for every defendant in this range

2   of cases.

3           THE COURT:  All right.  I'm going to overrule your

4   objection on that, Mr. Louis.

10:54AM   5           So, therefore, the Court will adopt the

6   presentence report and these are the guidelines findings:

7           The total offense level is 43 with a criminal

8   history category of 1.  That yields a recommended period of

9   incarceration under the advisory guidelines of 156 months, a

10:54AM   10   period of supervised release of one to three years, a fine

11   range from 25,000 to $633,689,345.12 and a $300 special

12   assessment.

13           All right.  Ms. Patel, obviously I've reviewed

14   your 5K in this case as well, and you are asking me to impose a

10:55AM   15   sentence of 70 months in this case.

16           So what would you like to say about sentencing?

17           MS. PATEL:  Thank you, Your Honor.

18           Your Honor, I'm not going to stand up here and

19   belabor the facts of this case because Mr. Rincon has been

10:55AM   20   pending before this Court for a number of years.

21           THE COURT:  Yes.

22           MS. PATEL:  Your Honor is very familiar with the facts.

23   Your Honor has sentenced a number of individuals in this case

24   arising from this conspiracy that Mr. Rincon and

10:55AM   25   Mr. Abraham Shiera were at the center of; and so Your Honor is

1    well aware of those facts.

2              The only thing I will say is that they are very

3    serious and very significant and really the kind of level of

4    Mr. Rincon's involvement was significant, which is reflected, I

10:56AM  5    think, both in his guideline sentence based on sort of the

6    amount of money that his companies received as a result of his

7    corrupt conduct and in terms of his money judgment of

8    51 million, which is the highest of any defendant in this case.

9              So the government would submit to the Court

10:56AM  10   that this is very serious and significant conduct.

11             But having said that, Mr. Rincon has been

12   before this Court for now, you know, over six years and

13   Your Honor is aware of the level of cooperation of the

14   defendants in this case and Mr. Rincon's has been

10:56AM  15   extraordinary.  He is among the two best cooperators in this

16   case; and I can say that in my almost ten years as a

17   prosecutor, he is one of the best, if not one of the two best,

18   cooperators that I have ever worked with.

19             THE COURT:  The other one being Mr. Shiera?

10:57AM  20             MS. PATEL:  Yes.  And so, you know, I can't understate

21   the amount of assistance that Mr. Rincon has provided to the

22   government.  We have been able to make a number of different

23   cases, including most significantly the cases that are pending

24   before Judge Hoyt involving a group of individuals known as the

10:57AM  25   management team, that goes up to the highest levels of PDVSA

1    and the Venezuelan government and that would not have been

2    possible without Mr. Rincon's assistance.

3              Mr. Rincon stood ready to testify at a trial

4    for Paulo Murta, which was dismissed a few weeks before the

10:57AM  5    trial and is currently on appeal and Mr. Rincon, if that case

6    comes back, will testify then.

7              He has helped with cases that are not even

8    connected to this set of cases; and as the government has laid

9    out in its sentencing memorandum, and I believe the defense has

10:58AM  10   as well, there are two additional individuals who he's helped

11   with that at least with respect to one of them, the

12   apprehension would not have been possible without his

13   assistance.  So his cooperation has been extraordinary and

14   cannot be understated.

10:58AM  15            But that said, his conduct was very

16   significant.  I think everyone in this courtroom at this point

17   is well aware of the situation in Venezuela and the way that

18   the sort of State has deteriorated there in large part because

19   of the conduct at issue in these cases and it's very

10:58AM  20   significant and it had a very significant impact on the people

21   of that country.

22            And much of that was a result of the corruption

23   that flowed through this district, through Houston, and because

24   of Mr. Rincon's conduct.  And so we are still asking for a

10:58AM  25   significant custodial sentence because we would submit that

1    Mr. Rincon obviously is receiving a significant 5K.  We've only

2    asked for that for one additional defendant, and my

3    understanding is that is extremely high for the Southern

4    District of Texas.  I don't think -- it took a lot of approvals

5    to get --

6          THE COURT:  I'm sure it did.

7          MS. PATEL:  -- to get to that point.  So Mr. Rincon,

8    you know, we are asking for a very significant reduction.

9          But Mr. Rincon also received a benefit at the

10   point at which he entered his plea agreement.  He pleaded

11   guilty to a superseding information, not to the indictment in

12   this case; and had he pleaded guilty to that indictment, he

13   would have been facing, you know, life in prison.

14         And so he received that benefit both at the

15   front end and now at the back end; and so it's the government's

16   position that the 70-month sentence that we're asking for is

17   reasonable.

18         But we do want to make clear to Your Honor just

19   how significant Mr. Rincon's cooperation has been and how

20   meaningful it's been to the government's prosecution in these

21   cases.

22         THE COURT:  So I think when we were discussing

23   Mr. Shiera's sentencing, he was a gold-plated cooperator.

24         MS. PATEL:  Platinum, I believe Mr. Pearson said.

25         THE COURT:  I think that's what he called them.

1    Where would you rank Mr. Rincon?

2         MS. PATEL:  I mean, at the same level.  I'm not one to

3    sort of rank precious metals; but, you know, I like jewelry and

4    Mr. Rincon is, you know, Van Cleef & Arpels if you will.  He's

11:00AM  5    at the highest level.  He's a fantastic cooperator.  I mean, I

6    can't understate that, like I said.

7         THE COURT:  All right.  And as I recall, Mr. Shiera's

8    sentence was 12 months and a day?

9         MS. PATEL:  Mr. Shiera's sentence was 12 months and a

11:00AM 10    day.  I do think there are some distinguishing factors.

11              One, Mr. Rincon also pleaded guilty to a tax

12    offense, which Mr. Shiera did not.  Mr. Shiera, as you're

13    aware, was the first person in the door; and, you know, that

14    was very significant to the government.

11:00AM 15              And Mr. Rincon made far more money off of this

16    scheme than Mr. Shiera.  His company made more money.  At a

17    conservative estimate, it was above 300 million.  Your Honor is

18    aware we took a 75 percent haircut for cost of goods sold,

19    which was very high.  But we were very conservative.  We only

11:01AM 20    calculated that number using the four companies that were named

21    in the indictment even though far more of his companies

22    received money.

23              And I think the difference in terms of the

24    amount of money that he made from the scheme is also reflected

11:01AM 25    in the money judgment, which was 51 million; and Mr. Shiera's,

1    Your Honor is aware, was significantly lower.

2                    So we do think that those are very important

3    differences to point out between Mr. Rincon and Mr. Shiera.

4                    THE COURT:  All right.  Thank you.

11:01AM    5                    Mr. Louis, are you going to argue for the

6    defendant on sentencing?

7                    MR. LOUIS:  Yes, Your Honor.

8                    THE COURT:  All right.

9                    MR. LOUIS:  First, let me start off by saying that

11:01AM   10    Mr. Rincon is not the same person who appeared in this

11    courthouse in December 16th of 2015.  Since that time,

12    Mr. Rincon pled guilty; accepted responsibility for his conduct

13    and after that, began to cooperate.

14                    As the Court has heard from the government, the

11:02AM   15    terms that are used in the government's sentencing memorandum

16    to convey to the Court his cooperation is something that you

17    rarely hear.  I've been practicing in this courthouse for

18    30 years and rarely do you ever have a sentencing memorandum by

19    the government that uses certain terms and I want to just make

11:02AM   20    sure I say them again for the record.

21                    The level of information -- and this is on

22    page -- I think it's Page 11, of the sentencing memorandum --

23    the level of information was so significant that the government

24    was able to target 19 individuals.

11:02AM   25                    The cooperation was so significant that but for

1    his cooperation, it was highly unlikely that the government

2    would be able to target high-ranking officials.

3                 So Mr. Rincon realized his crimes, he accepted

4    responsibility for his crimes, and then he began to cooperate

11:03AM  5    with the government to make amends for those crimes.  And that

6    is what the sentencing guidelines is all about, making sure

7    that some person who stands before a Court and who has engaged

8    in conduct, first of all, accepts responsibility for that

9    conduct and then begins to cooperate to make amends.

11:03AM  10                As the government just alluded to the Court, a

11    55 percent reduction is rarely, if ever, granted by the

12    government so that tells the Court the significance of his

13    cooperation.

14                As outlined in my sentencing memorandum, I've

11:03AM  15    outlined and took pictures of the binders of materials that

16    Mr. Rincon provided.  The information he provided was so

17    detailed that the government could use that information to, for

18    example, with respect to one individual, who is identified in

19    my sentencing memorandum -- and I won't mention his name, but

11:04AM  20    he is such a high-level target that Mr. Rincon was able to

21    provide information regarding his whereabouts and they were

22    able to locate that individual and arrest him.

23                Mr. Rincon not only provided cooperation with

24    respect to the crimes associated with the corruption with

11:04AM  25    PDVSA, but he provided cooperation when the government sought

1    his assistance outside of that.  He provided cooperation to

2    governments, foreign governments who asked his assistance in

3    identifying and locating individuals.  He also provided

4    information regarding the location of a person who had

11:05AM    5    committed murder in this country and had fled.  So that tells

6    the Court the detail by which Mr. Rincon sought to cooperate.

7               I know the government has asked for a sentence

8    of 70 months.  As I've stated previously, the sentencing

9    guidelines already tell the Court that for purposes of harm,

11:05AM    10    because it's a tax count, the tax count should be not double

11    counted, it should be part of the calculation for the

12    underlying crime.

13              So when the Court asked questions about

14    Mr. Rincon and Mr. Shiera, the government said, "Well, he

11:05AM    15    should receive additional time for that."

16              Well, the guidelines have already given the

17    Court some guidance on that.  The Fifth Circuit also in

18    *U.S. versus Haltom* indicated for purposes of tax evasion, it

19    shouldn't be double counted.

11:06AM    20              So we would ask the Court to look at Mr. Rincon

21    and I think the only individual that comes close to Mr. Rincon,

22    as the Court has already alluded to, is Mr. Shiera.

23              In my sentencing memorandum, I have outlined

24    factors that the Court -- or information the Court should

11:06AM    25    review in applying the factors under 3553; and I'm going to go

1    through those just quickly.

2         THE COURT:  All right.

3         MR. LOUIS:  For purposes of the nature and

4    circumstances of the offense, Mr. Rincon timely pled guilty.

11:06AM  5    No one is disputing that.  He has acknowledged his wrongdoing.

6              And Mr. Rincon forfeited all of the ill-gotten

7    gains.  In my 30 years of practice, I'm not aware of anyone

8    forfeiting that significant amount of money.

9              Now, the government has said, well,

11:07AM  10   Mr. Rincon's received a greater benefit from his cooperation;

11   and not to differ with the government, Mr. Shiera, as outlined

12   on Page 18 of their sentencing memorandum, his companies, the

13   benefit to his companies exceeded the benefit to Mr. Rincon's

14   companies, however he collected a lesser share.

11:07AM  15             The amount that he personally benefitted was

16   18,000,824 and the amount that Mr. Rincon benefitted of

17   51 million.  The difference is not -- is that Mr. Rincon was

18   able to collect more.  But guess what?  He forfeited every dime

19   of that money.

11:07AM  20             Personal history.  Mr. Rincon is a self-made

21   man.  He grew up in Maracaibo, Venezuela.  He worked hard.  He

22   learned the trade in oil and gas and established his own

23   company.

24             As I've alluded in the sentencing memorandum,

11:08AM  25   Mr. Rincon is mindful of the suffering of individuals in

1    Venezuela.  I have provided information to the Court about his

2    assistance to those in his close association with a parish,

3    San Antonio Maria Claret in Maracaibo.

4              The Court has received numerous character

11:08AM  5    letters.  I can tell the Court I tried to read those, but I'm

6    sure the Court has those; and they all indicate that Mr. Rincon

7    is a man, a family man, a man of faith and a man of community.

8              A sentence to reflect the seriousness of the

9    case.  No one is undermining or calling into question that this

11:08AM  10   is not a serious crime.  Certainly Mr. Rincon's choices

11   contributed to the corruption.  He recognized that and has pled

12   guilty.

13             His arrest, his prosecution, his conviction, he

14   actually served eight months before he was released in this

11:09AM  15   case and his forfeiture of all ill-gotten gains serves as a

16   significant deterrent.

17             Given his level of cooperation, we believe a

18   sentence much lower than what the government has recommended is

19   appropriate.

11:09AM  20             A sentence that serves as deterrence.

21   Mr. Rincon's life, as the Court can imagine, has significantly

22   been impacted.  He has not worked in over five years or six

23   years, his finances in ruin, his family dynamics is in turmoil.

24             Mr. Rincon cooperated at significant risk to

11:09AM  25   his own safety and that of his family.  I can inform the Court

1    that his family is here; his wife is here; his children are

2    here, all with the exception of one son, Jose Roberto, who is

3    in Spain.

4              At one time his spouse, Lila Maria, traveled to

11:10AM   5    Spain; and because of a complaint lodged in Spain by Bariven, a

6    subsidiary of PDVSA, she was detained in country, detained for

7    almost a year -- over a year and a half.

8              And so Mr. Rincon, on occasion, receives

9    messages passed to him through individuals contacting his

11:10AM  10    family and friends to let him know that they're aware of his

11    cooperation.

12              As far as resources, his finances are totally

13    in shambles.  He has no resources except for the home.

14              Protection of the public.  Mr. Rincon is not a

11:11AM  15    violent offender; and he is not a threat to anyone, certainly

16    not a threat to the community.

17              Rehabilitation.  Mr. Rincon has shown his

18    rehabilitation through his many, many countless hours and years

19    of cooperation.

11:11AM  20              And lastly, as the Court keyed in and focused

21    on, a sentence to be imposed that does not create unwarranted

22    sentencing disparities.

23              I submit to the Court when the Court evaluates

24    Mr. Rincon's conduct in his cooperation and evaluates the

11:11AM  25    guidance of the Fifth Circuit and the guidance of the

guidelines itself in determining whether a 36-month increase is warranted in this case, I think the Court should look at Mr. Shiera's sentence and certainly impose a sentence that is either less than that or comparable to that.

11:12AM

And let's see.  During the time that Mr. Rincon was cooperating with the government, as the government has alluded to for six years, it's by no small measure.  He was under house arrest.  He was not free to roam this community. He also had an ankle monitor for six years.  He complied with

11:12AM that.

I can't think of anyone in any case, even a case of this significance, who has provided the level of cooperation to the government to express his deep regret, accept responsibility for his conduct.

11:13AM

As a result, I'm asking the Court in analyzing the sentencing factors under 3553(a), that this Court -- and this may sound interesting to make this comment since I was a prosecutor for almost 21 years and having heard this term, it always used to make me gristle a little bit -- but in this

11:13AM context, given the circumstances and this Court's unique position of having heard the facts and circumstances of all the defendants in this case, some of which Mr. Rincon cooperated against, I'm asking the Court to enter a sentence of time served.

11:13AM

Thank you, Your Honor.

1      THE COURT:  Thank you, Mr. Louis.

2           Mr. Rincon, you have the opportunity, if you

3  wish, to say anything that you would like to say; and you can

4  come forward and use the microphone, please.

11:13AM  5      MR. LOUIS:  Just for the record, Your Honor, Mr. Rincon

6  does speak English; but for purposes of being able to make sure

7  he conveys to the Court his comments, he prefers to give those

8  comments in his native language, Spanish.

9      THE COURT:  No worries.

11:14AM  10          Mr. Rincon.

11      THE DEFENDANT:  Your Honor, good morning.

12      THE COURT:  Good morning.

13      THE DEFENDANT:  Thank you for allowing me to have some

14  small reflection before this Honorable Court.

11:14AM  15          I am a family man, married 40 years.  And as

16  the fruit of this marriage, I have four children, among which

17  three are present at this time.  They're all American citizens,

18  who live here in Houston.

19          My wife, who has accompanied me for over

11:15AM  20  40 years, is also here with me.

21          Out of this family unit, I also have nine

22  grandchildren, all United States citizens.  I come from a

23  Christian family in which education and morality has been

24  prevalent among us.

11:15AM  25          I lost my father at the age of 36.  I had to

1    reorganize my life in that married with four children, I had to

2    take the reins of my family.  I am the oldest brother among

3    eight, and I devoted myself to supporting my mom so that all of

4    my siblings would finish their schooling and become

11:16AM  5    professionals.

6              I come from a town call Maracaibo from the

7    Zulia state where the main economy comes from oil activity.

8              I have been in this oil business for over

9    40 years and upon developing this, I was led to make mistakes

11:17AM  10   for which I am responsible and I stand before you, Your Honor,

11   to give you thanks and thanks to all present for the

12   opportunity to allow me to express with my own words and to

13   take responsibility for any act that I might have committed

14   throughout the course of my professional life.

11:17AM  15             Your Honor, I come here as a man responsible

16   for his actions.  I apologize to God, to justice, to you, to my

17   family for my mistakes, for the harms that I might have caused.

18             It has been a lengthy journey of learning,

19   reflection and guidance toward a better future.  My intention,

11:18AM  20   once again, is to express to you my humility and accept

21   whatever your decision.

22             Thank you.

23        THE COURT:  Thank you, sir.

24             All right.  Anything else, Ms. Patel, on behalf

11:18AM  25   of the government?

1          MS. PATEL:  No, Your Honor.

2          THE COURT:  All right.  Thank you.

3               All right.  I'm going to grant the government's

4     5K motion, and I'm also going to vary downward beyond the

11:19AM    5     70 months that the government has requested under 3553(a) to

6     avoid unwarranted sentencing disparities with other defendants.

7               And therefore, pursuant to the Sentencing

8     Reform Act of 1984, it is the judgment of the Court that the

9     defendant is hereby committed to the custody of the Bureau of

11:19AM    10    Prisons to be imprisoned for a term of 18 months as to

11    Counts 1S, 2S and 3S, all to be served concurrently for a total

12    of 18 months.

13               Upon release from imprisonment, the defendant

14    shall be placed on supervised release for a term of one year as

11:19AM    15    to each of Counts 1S, 2S and 3S, all terms to run concurrently

16    for a total of one year.

17               Within 72 hours of release from the custody of

18    the Bureau of Prisons, the defendant shall report in person to

19    the probation office in the district to which the defendant is

11:19AM    20    released.

21               While on supervised release, the defendant

22    shall not commit another federal, state or local crime; shall

23    comply with the standard conditions that have been adopted by

24    this Court; abide by any mandatory conditions required by law;

11:20AM    25    and shall comply with the following additional conditions:

1           Based on the Court's determination that you

2    pose a low risk of future substance abuse, the mandatory drug

3    testing requirement upon release from imprisonment is

4    suspended.

11:20AM 5           You must immediately report, continue to

6    report, or surrender to U.S. Immigration and Customs

7    Enforcement and follow all of their instructions.

8           Is he a dual citizen or -- I can't remember

9    from the presentence report.

11:20AM 10          MS. PATEL:  He is not a dual citizen.

11          THE COURT:  He's a citizen of Venezuela?

12          MR. LAVINE:  He is, Your Honor, a citizen of Venezuela.

13   He is under deferred action at the moment.

14          THE COURT:  Okay.  Thank you.

11:20AM 15          You must immediately report, continue to report

16   or surrender to U.S. Immigration and Customs Enforcement and

17   follow all of their instructions and reporting requirements

18   until any deportation proceedings that may be instituted are

19   completed.

11:20AM 20          If you are ordered deported from the

21   United States, you must remain outside the United States unless

22   legally authorized to reenter.  If you reenter the

23   United States, you must report to the nearest probation office

24   within 72 hours after you return.

11:21AM 25          You must seek proper documentation from

1    U.S. Immigration and Customs Enforcement authorizing you to

2    work in the United States.

3                You're prohibited from employment or acting in

4    a fiduciary role during your term of supervision.

11:21AM   5                You must provide the probation officer with

6    access to any requested financial information and authorize the

7    release of that financial information.  The probation office

8    may share the financial information with the U.S. Attorney's

9    Office.

11:21AM   10                You must not incur new credit card charges or

11    open additional lines of credit without the approval of the

12    probation officer.

13                It is further ordered that the defendant shall

14    pay to the United States a special assessment of $300.

11:21AM   15                It is further ordered that the defendant shall

16    pay a fine to the United States of --

17                PROBATION OFFICER:  The amount, Your Honor, is

18    $56,426.40.

19                THE COURT:  Thank you.  The fine is $56,426.40 -- did

11:21AM   20    you say "46"?

21                PROBATION OFFICER:  Yes, Your Honor.

22                THE COURT:  46 cents, not that it matters.

23                Having assessed the defendant's ability to pay,

24    payment of the total criminal monetary penalties shall be due

11:22AM   25    as follows:

1          The defendant shall begin payment immediately.

2   Any unpaid balance due within 180 days of the judgment in this

3   case.  All payments to be made through the United States

4   District Court, Southern District of Texas.

5          The defendant shall forfeit his interest in the

6   property named in the notice of forfeiture to the United States

7   as set forth in the final orders of forfeiture executed by this

8   Court on June 16, 2016.

9          I do need to advise Mr. Rincon of his rights to

10  appeal.

11         Mr. Rincon, you generally have a right to

12  appeal your conviction and your sentence; however, you may give

13  up some or all of those rights in a plea agreement.  And you

14  have entered into a plea agreement in this case which does, in

15  fact, waive some or all of your rights.  These waivers are

16  generally enforceable; however, if you believe the waiver is

17  invalid, you can present that theory to the Court of Appeals.

18         If you file an appeal in this case, it must be

19  filed within 14 days of the entry of judgment.  If you cannot

20  afford to pay the costs on appeal, you can ask to proceed

21  without paying costs, but you have the right to have an

22  attorney appointed to represent you on appeal if you cannot

23  afford an attorney.

24         I have signed the GPS order.  No counts to

25  dismiss.

1    Anything else on behalf of the government?

2    MS. PATEL:  Yes, Your Honor, two things.

3    One, Your Honor, we ask that Mr. Rincon receive

4    credit for time served.  He did serve a number of months.

11:23AM   5    THE COURT:  I think it was about seven and a half

6    months, I think, that he was in custody.  He should get

7    credit -- the BOP should give him credit for that.  If they

8    don't, I will.

9    MS. PATEL:  Okay.  Great.

11:23AM   10    And then in addition to the final order of

11    forfeiture in 2016, there was a money judgment that was --

12    sorry.  There was a final order of forfeiture separate and

13    apart from the money judgment that was issued by this Court on

14    December 14th of 2022; and we just ask that that be made part

11:23AM   15    of the judgment.

16    THE COURT:  That will be made a part of the judgment.

17    All right.  Mr. Louis, any recommendation to

18    the BOP on placement?

19    MR. LOUIS:  Yes, Your Honor, Bastrop or Beaumont

11:24AM   20    because Beaumont is the closest one.

21    THE COURT:  Bastrop or Beaumont.  I will make a

22    recommendation to the BOP.

23    Voluntary surrender is fine with me.  No

24    problem with the government?

11:24AM   25    MS. PATEL:  No objection.

1          THE COURT:  All right.  Has he already signed --

2     Mr. Louis, he does need to sign that before he leaves for

3     voluntary surrender.

4               All right.  Yes, sir.

11:24AM  5          MR. LAVINE:  Your Honor, if I might also ask, the fine

6     that you have assessed is based on the incarceration?

7          THE COURT:  Yes.

8          MR. LAVINE:  I believe if I recall having attended

9     Mr. Shiera's sentencing that you reduced the amount of fine

11:24AM 10    based on the fact that he had done -- served, I think, five

11    months in custody already.

12         THE COURT:  You know, you're right.

13         MR. LAVINE:  Mr. Rincon has done almost eight months in

14    custody, and I know you reduced the fine based on incarceration

11:24AM 15    to 6,000 for Mr. Shiera.

16               I would ask you to reduce the fine amount for

17    Mr. Rincon based on his ability to pay, which is basically

18    zero.

19         THE COURT:  All right.  I'll reduce it based on the

11:25AM 20    time he's already served.

21               You say he has no assets to pay a fine?

22         MR. LAVINE:  He has no assets to pay a fine,

23    Your Honor.

24         THE COURT:  Let's see.  Let me look.

11:25AM 25               The presentence report shows a total monthly

1    cash flow of $60,000.

2        MR. LAVINE:  He has a negative -- I don't know if the

3    PSR information you have is current.  I believe the information

4    that Mr. Louis provided, that we and Mr. Ryerson provided

11:25AM 5    yesterday or the day before was he has a negative cash flow.

6    He has no positive cash flow whatsoever.

7        THE COURT:  All right.  Probation?

8        PROBATION OFFICER:  Your Honor, the defense counsel did

9    file a supplemental response to the presentence report on

11:26AM 10    January 23rd, which updated the defendant's financial profile.

11    It shows that he has a negative monthly cash flow of $7,718.

12        THE COURT:  I'll waive a fine in this case.

13        MR. LAVINE:  Thank you, Your Honor.

14        THE COURT:  No fine.

11:26AM 15        MR. LAVINE:  Second, Your Honor, may he report to

16    probation today to remove the ankle monitor, which was a

17    condition of his pretrial release?

18        THE COURT:  The order that I signed requires him to --

19    do you have any objection to him taking the ankle monitor off

11:26AM 20    today?

21        MS. PATEL:  I think, Your Honor, we'd ask that he keep

22    it on until he reports.

23        THE COURT:  Until he reports.  So the order that I

24    signed requires him to report to probation 24 hours before he

11:26AM 25    reports to the BOP so that the ankle monitor can be removed.

1      MR. LAVINE:  And he will get notice from the BOP about

2  the date of surrender?

3      THE COURT:  Correct.  Yes, sir.

4          All right.  If there's nothing else, we're

11:26AM  5  adjourned.

6          Thank you.

7      MS. PATEL:  Thank you, Your Honor.

8      THE COURT:  Thank you.

9          (The proceedings were adjourned.)

10                 * * * *

11             REPORTER'S CERTIFICATE

12          I, Lanie M. Smith, CSR, RMR, CRR, Official
   Court Reporter, United States District Court, Southern District
13  of Texas, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
14  understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

15

16                  ___/s/ Lanie M. Smith_____
                    Official Court Reporter

17

18

19

20

21

22

23

24

25

## $

**$300** [1] - 8:11, 24:14
**$56,426.40** [2] - 24:18, 24:19
**$60,000** [1] - 28:1
**$633,689,345.12** [1] - 8:11
**$7,718** [1] - 28:11

## /

**/s** [1] - 29:16

## 1

**1** [1] - 8:8
**1000** [1] - 1:18
**107** [1] - 6:14
**11** [1] - 13:22
**12** [2] - 12:8, 12:9
**120** [2] - 6:19, 6:22
**14** [1] - 25:19
**1400** [1] - 1:15
**14th** [1] - 26:14
**15-654-1** [1] - 3:4
**156** [5] - 6:23, 7:8, 7:12, 7:24, 8:9
**16** [1] - 25:8
**16th** [1] - 13:11
**18** [3] - 16:12, 22:10, 22:12
**18,000,824** [1] - 16:16
**180** [1] - 25:2
**19** [1] - 13:24
**1984** [2] - 4:13, 22:8
**1S** [2] - 22:11, 22:15

## 2

**20005** [1] - 1:16
**2015** [1] - 13:11
**2016** [2] - 25:8, 26:11
**2022** [1] - 26:14
**2023** [1] - 1:7
**21** [1] - 19:18
**2300** [1] - 1:19
**23rd** [1] - 28:10
**24** [1] - 28:24
**25** [1] - 1:7
**25,000** [1] - 8:11
**2500** [1] - 1:23
**2S** [2] - 22:11, 22:15

## 3

**30** [2] - 13:18, 16:7
**300** [1] - 12:17
**3553** [1] - 15:25
**3553(a** [3] - 4:11, 19:16, 22:5
**36** [1] - 20:25
**36-month** [2] - 6:24, 19:1
**3S** [2] - 22:11, 22:15

## 4

**40** [3] - 20:15, 20:20, 21:9
**43** [1] - 8:7
**46** [2] - 24:20, 24:22
**4:15-CR-00654-1** [1] - 1:4

## 5

**51** [3] - 9:8, 12:25, 16:17
**515** [1] - 2:7
**55** [1] - 14:11
**5G** [2] - 6:20, 7:6
**5G1.1** [1] - 7:18
**5K** [3] - 8:14, 11:1, 22:4

## 6

**6,000** [1] - 27:15
**620** [1] - 2:3

## 7

**70** [3] - 8:15, 15:8, 22:5
**70-month** [1] - 11:16
**72** [2] - 22:17, 23:24
**75** [1] - 12:18
**770** [1] - 2:2
**77002** [3] - 1:19, 1:23, 2:8
**77056** [1] - 2:3

## 8

**8004** [1] - 2:8
**811** [1] - 1:22

## A

**a** [117] - 3:19, 3:25, 4:6, 5:2, 5:8, 5:22, 6:1, 6:21, 6:23, 6:24, 7:3, 7:7, 7:18, 7:20, 7:23, 8:7, 8:8, 8:9, 8:10, 8:11, 8:14, 8:20, 8:23, 9:6, 9:16, 9:22, 9:24, 10:3, 10:4, 10:20, 10:22, 10:24, 11:1, 11:4, 11:8, 11:9, 11:11, 11:23, 12:5, 12:8, 12:9, 12:11, 12:16, 12:18, 13:18, 14:7, 14:10, 14:20, 15:4, 15:7, 15:10, 16:10, 16:14, 16:20, 17:2, 17:7, 17:8, 17:10, 17:15, 17:17, 17:20, 18:5, 18:7, 18:14, 18:15, 18:16, 18:21, 19:1, 19:3, 19:11, 19:15, 19:17, 19:19, 19:23, 20:15, 20:22, 21:6, 21:15, 21:18, 21:19, 22:10, 22:11, 22:14, 22:16, 23:2, 23:8, 23:10, 23:11, 23:12, 24:4, 24:14, 24:16, 25:11, 25:13, 25:14, 26:4, 26:5, 26:11, 26:12, 26:16, 26:21, 27:21, 27:22, 27:25, 28:2, 28:5, 28:9, 28:11, 28:12, 28:16, 29:13
**abide** [1] - 22:24
**ability** [3] - 24:23, 27:17, 29:13
**able** [7] - 9:22, 13:24, 14:2, 14:20,

14:22, 16:18, 20:6
**about** [6] - 8:16, 14:6, 15:13, 17:1, 26:5, 29:1
**above** [2] - 12:17, 29:14
**above-entitled** [1] - 29:14
**Abraham** [1] - 8:25
**abuse** [1] - 23:2
**accept** [2] - 19:14, 21:20
**accepted** [2] - 13:12, 14:3
**accepts** [1] - 14:8
**access** [1] - 24:6
**accompanied** [1] - 20:19
**account** [1] - 7:20
**achieve** [1] - 4:12
**acknowledged** [1] - 16:5
**Act** [2] - 4:13, 22:8
**act** [1] - 21:13
**acting** [1] - 24:3
**action** [1] - 23:13
**actions** [1] - 21:16
**activity** [1] - 21:7
**actually** [1] - 17:14
**addition** [1] - 26:10
**additional** [5] - 10:10, 11:2, 15:15, 22:25, 24:11
**adjourned** [2] - 29:5, 29:9
**adjustment** [1] - 6:5
**adopt** [1] - 8:5
**adopted** [1] - 22:23
**advise** [1] - 25:9
**advisory** [6] - 4:4, 5:5, 6:19, 7:8, 7:12, 8:9
**afford** [2] - 25:20, 25:23
**after** [2] - 13:13, 23:24
**again** [3] - 3:7, 13:20, 21:20
**against** [1] - 19:23
**age** [1] - 20:25
**agree** [3] - 5:21, 6:2, 6:15
**agreement** [3] - 11:10, 25:13, 25:14
**all** [44] - 3:2, 3:15, 3:16, 3:21, 3:24, 5:10, 5:23, 5:24, 6:6, 6:15, 7:14, 8:3, 8:13, 12:7, 13:4, 13:8, 14:6, 14:8, 16:2, 16:6, 17:6, 17:15, 18:2, 19:21, 20:17, 20:22, 21:3, 21:11, 21:24, 22:2, 22:3, 22:11, 22:15, 23:7, 23:17, 25:3, 25:13, 25:15, 26:17, 27:1, 27:4, 27:19, 28:7, 29:4
**allow** [1] - 21:12
**allowing** [1] - 20:13
**alluded** [4] - 14:10, 15:22, 16:24, 19:7
**almost** [4] - 9:16, 18:7, 19:18, 27:13
**already** [6] - 15:9, 15:16, 15:22, 27:1, 27:11, 27:20
**also** [10] - 11:9, 12:11, 12:24, 15:3, 15:17, 19:9, 20:20, 20:21, 22:4, 27:5
**although** [1] - 6:15
**always** [1] - 19:19
**am** [3] - 20:15, 21:2, 21:10
**amends** [2] - 14:5, 14:9

**AMERICA**[1] - 1:4
**America**[1] - 3:5
**American**[1] - 20:17
**among**[4] - 9:15, 20:16, 20:24, 21:2
**amount**[9] - 9:6, 9:21, 12:24, 16:8, 16:15, 16:16, 24:17, 27:9, 27:16
**amounts**[1] - 5:25
**an**[8] - 3:22, 4:11, 4:22, 6:19, 19:9, 25:18, 25:21, 25:23
**analysis**[3] - 5:18, 5:23, 7:18
**analyzing**[1] - 19:15
**and**[147] - 3:9, 3:10, 3:12, 3:14, 3:16, 3:19, 3:21, 4:1, 4:4, 4:16, 5:2, 5:10, 6:4, 6:15, 6:19, 7:1, 7:3, 7:5, 7:9, 7:11, 7:12, 7:13, 7:22, 7:25, 8:6, 8:11, 8:14, 8:18, 8:24, 8:25, 9:3, 9:7, 9:10, 9:12, 9:14, 9:16, 9:20, 10:1, 10:5, 10:8, 10:9, 10:13, 10:17, 10:19, 10:20, 10:22, 10:23, 10:24, 11:2, 11:12, 11:14, 11:15, 11:19, 12:3, 12:7, 12:8, 12:9, 12:13, 12:15, 12:23, 12:25, 13:3, 13:13, 13:18, 13:19, 13:21, 14:4, 14:5, 14:7, 14:9, 14:15, 14:19, 14:21, 14:22, 15:3, 15:5, 15:14, 15:21, 15:25, 16:3, 16:6, 16:11, 16:16, 16:22, 17:6, 17:7, 17:11, 17:15, 17:25, 18:5, 18:7, 18:8, 18:10, 18:15, 18:18, 18:20, 18:24, 18:25, 19:3, 19:5, 19:16, 19:18, 19:20, 19:21, 20:3, 20:4, 20:15, 20:23, 21:3, 21:4, 21:9, 21:10, 21:11, 21:12, 21:19, 21:20, 22:4, 22:7, 22:11, 22:15, 22:25, 23:6, 23:7, 23:16, 23:17, 24:1, 24:6, 25:12, 25:13, 26:5, 26:10, 26:12, 26:14, 27:14, 28:4, 29:1, 29:13, 29:13, 29:14
**ankle**[4] - 19:9, 28:16, 28:19, 28:25
**another**[2] - 7:10, 22:22
**Antonio**[1] - 17:3
**any**[12] - 4:21, 5:14, 6:11, 9:8, 19:11, 21:13, 22:24, 23:18, 24:6, 25:2, 26:17, 28:19
**anyone**[3] - 16:7, 18:15, 19:11
**anything**[3] - 20:3, 21:24, 26:1
**apart**[1] - 26:13
**apologize**[1] - 21:16
**appeal**[6] - 10:5, 25:10, 25:12, 25:18, 25:20, 25:22
**Appeals**[1] - 25:17
**APPEARANCES**[1] - 1:13
**appeared**[1] - 13:10
**application**[4] - 6:20, 7:1, 7:6, 7:10
**apply**[1] - 4:14
**applying**[1] - 15:25
**appointed**[1] - 25:22
**apprehension**[1] - 10:12
**appropriate**[3] - 4:11, 4:18, 17:19
**approval**[1] - 24:11
**approvals**[1] - 11:4
**are**[25] - 3:2, 4:4, 4:10, 4:21, 4:23, 5:5, 5:14, 8:6, 8:14, 9:2, 9:23, 10:7, 10:10, 10:24, 11:8, 12:10, 13:2, 13:5, 13:15,

18:1, 18:12, 20:17, 23:18, 23:20, 25:15
**argue**[1] - 13:5
**arising**[1] - 8:24
**Arpels**[1] - 12:4
**arrest**[3] - 14:22, 17:13, 19:8
**as**[34] - 3:25, 4:8, 4:13, 4:22, 5:4, 8:14, 9:6, 9:16, 9:24, 10:8, 10:10, 12:7, 12:12, 13:14, 14:10, 14:14, 15:8, 15:22, 16:11, 16:24, 17:15, 17:20, 17:21, 18:12, 18:20, 19:6, 19:15, 20:15, 21:15, 22:10, 22:14, 24:25, 25:7
**ask**[7] - 15:20, 25:20, 26:3, 26:14, 27:5, 27:16, 28:21
**asked**[4] - 11:2, 15:2, 15:7, 15:13
**asking**[6] - 8:14, 10:24, 11:8, 11:16, 19:15, 19:23
**assessed**[2] - 24:23, 27:6
**assessment**[2] - 8:12, 24:14
**assets**[2] - 27:21, 27:22
**assistance**[6] - 9:21, 10:2, 10:13, 15:1, 15:2, 17:2
**associated**[1] - 14:24
**association**[1] - 17:2
**at**[20] - 5:21, 8:25, 10:3, 10:11, 10:16, 10:19, 11:9, 11:10, 11:14, 11:15, 12:2, 12:5, 12:16, 15:20, 17:24, 18:4, 19:2, 20:17, 20:25, 23:13
**attended**[1] - 27:8
**attorney**[2] - 25:22, 25:23
**Attorney's**[2] - 1:18, 24:8
**authorize**[1] - 24:6
**authorized**[1] - 23:22
**authorizing**[1] - 24:1
**Avenue**[1] - 1:15
**avoid**[1] - 22:6
**aware**[8] - 9:1, 9:13, 10:17, 12:13, 12:18, 13:1, 16:7, 18:10
**away**[1] - 7:5

# B

**back**[2] - 10:6, 11:15
**balance**[1] - 25:2
**Bariven**[1] - 18:5
**based**[7] - 9:5, 23:1, 27:6, 27:10, 27:14, 27:17, 27:19
**basically**[1] - 27:17
**Bastrop**[2] - 26:19, 26:21
**be**[25] - 4:22, 5:4, 5:19, 5:22, 5:23, 6:2, 6:16, 7:17, 7:19, 10:14, 14:2, 15:10, 15:11, 15:19, 18:21, 22:10, 22:11, 22:14, 23:18, 24:24, 25:3, 25:18, 26:14, 26:16, 28:25
**Beaumont**[3] - 26:19, 26:20, 26:21
**because**[8] - 7:3, 8:19, 10:18, 10:23, 10:25, 15:10, 18:5, 26:20
**become**[1] - 21:4
**been**[15] - 5:2, 6:6, 8:1, 8:19, 9:11, 9:14, 9:22, 10:1, 10:12, 10:13, 11:13, 11:19, 11:20, 13:17, 17:22, 20:23, 21:8,

21:18, 22:23
**BEFORE**[1] - 1:10
**before**[11] - 8:20, 9:12, 9:24, 10:4, 14:7, 17:14, 20:14, 21:10, 27:2, 28:5, 28:24
**began**[2] - 13:13, 14:4
**begin**[1] - 25:1
**begins**[1] - 14:9
**behalf**[3] - 6:7, 21:24, 26:1
**being**[3] - 6:1, 9:19, 20:6
**belabor**[1] - 19:21
**believe**[7] - 5:19, 10:9, 11:24, 17:17, 25:16, 27:8, 28:3
**believes**[1] - 4:22
**benefit**[5] - 11:9, 11:14, 16:10, 16:13
**benefitted**[2] - 16:15, 16:16
**best**[4] - 9:15, 9:17, 29:13
**better**[1] - 21:19
**between**[1] - 13:3
**beyond**[1] - 22:4
**binders**[1] - 14:15
**bit**[2] - 5:8, 19:19
**Booker**[2] - 4:3, 4:6
**BOP**[5] - 26:7, 26:18, 26:22, 28:25, 29:1
**both**[2] - 9:5, 11:14
**briefly**[1] - 4:1
**brother**[1] - 21:2
**Bureau**[2] - 22:9, 22:18
**business**[1] - 21:8
**but**[21] - 3:20, 4:7, 5:17, 5:21, 5:24, 6:1, 7:10, 9:11, 10:15, 11:9, 11:18, 12:3, 12:19, 13:25, 14:19, 14:25, 16:18, 17:5, 19:19, 20:6, 25:21
**by**[20] - 1:24, 4:1, 4:21, 5:4, 5:5, 5:9, 5:14, 5:18, 7:6, 13:9, 13:18, 14:11, 15:6, 18:5, 19:7, 22:23, 22:24, 25:7, 26:13

# C

**C**[1] - 3:1
**calculated**[4] - 4:20, 6:3, 8:1, 12:20
**calculation**[4] - 5:17, 5:21, 6:18, 15:11
**call**[1] - 21:6
**called**[1] - 11:25
**calling**[1] - 17:9
**calls**[1] - 3:4
**can**[8] - 9:16, 17:5, 17:21, 17:25, 20:3, 25:17, 25:20, 28:25
**can't**[4] - 9:20, 12:6, 19:11, 23:8
**cannot**[3] - 10:14, 25:19, 25:22
**card**[1] - 24:10
**CAROLYN**[1] - 1:17
**case**[26] - 3:2, 4:1, 4:3, 4:11, 5:7, 5:11, 7:21, 8:14, 8:15, 8:19, 8:23, 9:8, 9:14, 9:16, 10:5, 11:12, 17:9, 17:15, 19:2, 19:11, 19:12, 19:22, 25:3, 25:14, 25:18, 28:12

**Case** [1] - 3:4
**cases** [7] - 8:2, 9:23, 10:7, 10:8, 10:19, 11:21
**cash** [4] - 28:1, 28:5, 28:6, 28:11
**category** [2] - 4:16, 8:8
**caused** [1] - 21:17
**CEDENO** [1] - 1:14
**center** [1] - 8:25
**cents** [1] - 24:22
**certain** [1] - 13:19
**certainly** [3] - 17:10, 18:15, 19:3
**CERTIFICATE** [1] - 29:11
**certify** [1] - 29:13
**character** [1] - 17:4
**characteristic** [1] - 7:4
**charges** [1] - 24:10
**children** [3] - 18:1, 20:16, 21:1
**choices** [1] - 17:10
**Christian** [1] - 20:23
**Circuit** [2] - 15:17, 18:25
**circumstances** [4] - 16:4, 19:20, 19:21
**citizen** [4] - 23:8, 23:10, 23:11, 23:12
**citizens** [2] - 20:17, 20:22
**Claret** [1] - 17:3
**clear** [1] - 11:18
**Cleef** [1] - 12:4
**close** [2] - 15:21, 17:2
**closest** [1] - 26:20
**cohorts** [1] - 3:9
**collect** [1] - 16:18
**collected** [1] - 16:14
**combined** [1] - 7:8
**come** [4] - 20:4, 20:22, 21:6, 21:15
**comes** [3] - 10:6, 15:21, 21:7
**comment** [1] - 19:17
**comments** [3] - 4:21, 20:7, 20:8
**commit** [1] - 22:22
**committed** [3] - 15:5, 21:13, 22:9
**community** [3] - 17:7, 18:16, 19:8
**companies** [6] - 9:6, 12:20, 12:21, 16:12, 16:13, 16:14
**company** [2] - 12:16, 16:23
**comparable** [1] - 19:4
**complaint** [1] - 18:5
**completed** [1] - 23:19
**complied** [1] - 19:9
**comply** [2] - 22:23, 22:25
**computer** [1] - 1:25
**concerns** [1] - 4:8
**concur** [1] - 6:4
**concurrently** [2] - 22:11, 22:15
**concurs** [1] - 7:23
**condition** [1] - 28:17
**conditions** [3] - 22:23, 22:24, 22:25
**conduct** [11] - 7:21, 9:7, 9:10, 10:15, 10:19, 10:24, 13:12, 14:8, 14:9, 18:24, 19:14
**congressionally** [1] - 4:12
**connected** [1] - 10:8

**connection** [1] - 5:1
**conservative** [2] - 12:17, 12:19
**consider** [3] - 4:6, 6:22, 7:7
**considerable** [1] - 4:19
**considered** [1] - 5:3
**conspiracy** [2] - 7:5, 8:24
**constrain** [1] - 4:23
**construed** [1] - 4:22
**contacting** [1] - 18:9
**context** [1] - 19:20
**continue** [2] - 23:5, 23:15
**contributed** [1] - 17:11
**convey** [1] - 13:16
**conveys** [1] - 20:7
**conviction** [2] - 17:13, 25:12
**cooperate** [4] - 13:13, 14:4, 14:9, 15:6
**cooperated** [2] - 17:24, 19:22
**cooperating** [1] - 19:6
**cooperation** [16] - 9:13, 10:13, 11:19, 13:16, 13:25, 14:1, 14:13, 14:23, 14:25, 15:1, 16:10, 17:17, 18:11, 18:19, 18:24, 19:13
**cooperator** [2] - 11:23, 12:5
**cooperators** [2] - 9:15, 9:18
**correct** [2] - 29:3, 29:13
**corrupt** [1] - 9:7
**corruption** [3] - 10:22, 14:24, 17:11
**cost** [1] - 12:18
**costs** [2] - 25:20, 25:21
**could** [1] - 14:17
**counsel** [1] - 28:8
**count** [6] - 6:5, 7:2, 7:3, 7:5, 15:10
**counted** [3] - 7:17, 15:11, 15:19
**countless** [1] - 18:18
**country** [3] - 10:21, 15:5, 18:6
**Counts** [2] - 22:11, 22:15
**counts** [3] - 6:16, 7:4, 25:24
**course** [2] - 4:21, 21:14
**COURT** [48] - 1:1, 3:2, 3:9, 3:11, 3:15, 3:19, 3:24, 5:24, 6:6, 6:9, 6:11, 6:17, 6:25, 7:14, 8:3, 8:21, 9:19, 11:6, 11:22, 11:25, 12:7, 13:4, 13:8, 16:2, 20:1, 20:9, 20:12, 21:23, 22:2, 23:11, 23:14, 24:19, 24:22, 26:5, 26:16, 26:21, 27:1, 27:7, 27:12, 27:19, 27:24, 28:7, 28:12, 28:14, 28:18, 28:23, 29:3, 29:8
**Court** [53] - 2:5, 2:6, 2:6, 3:4, 4:3, 4:7, 4:9, 4:14, 4:17, 4:19, 4:21, 4:22, 8:5, 8:20, 9:9, 9:12, 13:14, 13:16, 14:7, 14:10, 14:12, 15:6, 15:9, 15:13, 15:17, 15:20, 15:22, 15:24, 17:1, 17:4, 17:5, 17:6, 17:21, 17:25, 18:20, 18:23, 19:2, 19:15, 19:16, 19:23, 20:7, 20:14, 22:8, 22:24, 25:4, 25:8, 25:17, 26:13, 29:12, 29:16
**court** [2] - 4:6, 5:4
**Court's** [5] - 4:2, 4:24, 5:10, 19:20, 23:1
**courthouse** [2] - 13:11, 13:17

**courtroom** [1] - 10:16
**create** [1] - 18:21
**credit** [5] - 24:10, 24:11, 26:4, 26:7
**crime** [3] - 15:12, 17:10, 22:22
**crimes** [4] - 14:3, 14:4, 14:5, 14:24
**Criminal** [1] - 3:4
**criminal** [3] - 4:16, 8:7, 24:24
**CRR** [2] - 2:5, 29:12
**CSR** [2] - 2:5, 29:12
**current** [1] - 28:3
**currently** [1] - 10:5
**custodial** [1] - 10:25
**custody** [5] - 22:9, 22:17, 26:6, 27:11, 27:14
**Customs** [3] - 23:6, 23:16, 24:1

# D

**D** [2] - 1:14, 3:1
**date** [1] - 29:2
**day** [3] - 12:8, 12:10, 28:5
**days** [2] - 25:2, 25:19
**DC** [1] - 1:16
**December** [2] - 13:11, 26:14
**decision** [1] - 21:21
**deep** [1] - 19:13
**defendant** [14] - 3:12, 8:1, 9:8, 11:2, 13:6, 22:9, 22:13, 22:18, 22:19, 22:21, 24:13, 24:15, 25:1, 25:5
**DEFENDANT** [3] - 1:21, 20:11, 20:13
**defendant's** [2] - 7:20, 24:23, 28:10
**defendants** [3] - 9:14, 19:22, 22:6
**defense** [4] - 6:14, 6:15, 10:9, 28:8
**deferred** [2] - 23:13
**department** [2] - 5:9, 7:23
**Department** [1] - 1:15
**deportation** [1] - 23:18
**deported** [1] - 23:20
**describing** [1] - 4:1
**despite** [2] - 6:21, 7:1
**detail** [1] - 15:6
**detailed** [1] - 14:17
**detained** [2] - 18:6
**deteriorated** [1] - 10:18
**determination** [1] - 23:1
**determinations** [1] - 5:5
**determine** [2] - 4:15, 4:18
**determining** [3] - 5:2, 7:11, 19:1
**deterrence** [1] - 17:20
**deterrent** [1] - 17:16
**developing** [1] - 21:9
**devoted** [1] - 21:3
**did** [7] - 3:16, 6:1, 11:6, 12:12, 24:19, 26:4, 28:8
**differ** [1] - 16:11
**difference** [2] - 12:23, 16:17
**differences** [1] - 13:3
**different** [1] - 9:22
**dime** [1] - 16:18

**directives** [1] - 4:15
**discretion** [3] - 4:10, 4:18, 4:24
**discussing** [1] - 11:22
**dismiss** [1] - 25:25
**dismissed** [1] - 10:4
**disparities** [2] - 18:22, 22:6
**disputing** [1] - 16:5
**distinguishing** [1] - 12:10
**district** [2] - 10:23, 22:19
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [7] - 2:6, 2:7, 11:4, 25:4, 29:12
**DIVISION** [1] - 1:2
**do** [8] - 5:17, 11:18, 12:10, 13:2, 13:18, 25:9, 28:19, 29:13
**Do** [1] - 6:11
**documentation** [1] - 23:25
**does** [4] - 18:21, 20:6, 25:14, 27:2
**doesn't** [1] - 5:16
**doing** [2] - 4:19, 7:22
**don't** [4] - 5:19, 11:4, 26:8, 28:2
**done** [2] - 27:10, 27:13
**door** [1] - 12:13
**double** [4] - 7:2, 7:17, 15:10, 15:19
**downward** [1] - 22:4
**drug** [1] - 23:2
**dual** [2] - 23:8, 23:10
**due** [2] - 24:24, 25:2
**during** [2] - 19:5, 24:4
**dynamics** [1] - 17:23

## E

**E** [4] - 1:17, 2:1, 3:1
**each** [1] - 22:15
**economy** [1] - 21:7
**education** [1] - 20:23
**eight** [3] - 17:14, 21:3, 27:13
**either** [1] - 19:4
**else** [5] - 3:10, 6:7, 21:24, 26:1, 29:4
**employment** [1] - 24:3
**end** [2] - 11:15
**endeavor** [1] - 4:14
**ends** [2] - 5:21, 6:1
**enforceable** [1] - 25:16
**Enforcement** [3] - 23:7, 23:16, 24:1
**engaged** [1] - 14:7
**English** [1] - 20:6
**Enrique** [1] - 3:5
**ENRIQUE** [1] - 1:7
**enter** [1] - 19:23
**entered** [2] - 11:10, 25:14
**entirety** [1] - 4:15
**entitled** [1] - 29:14
**entourage** [1] - 3:11
**entry** [1] - 25:19
**established** [1] - 16:22
**estimate** [1] - 12:17
**evaluates** [2] - 18:23, 18:24
**evasion** [1] - 15:18

**even** [3] - 10:7, 12:21, 19:11
**ever** [3] - 9:18, 13:18, 14:11
**every** [2] - 8:1, 16:18
**everyone** [2] - 3:10, 10:16
**evidence** [2] - 5:1, 5:4
**example** [1] - 14:18
**exceeded** [1] - 16:13
**except** [1] - 18:13
**exception** [1] - 18:2
**executed** [1] - 25:7
**exercise** [2] - 4:9, 4:17
**express** [3] - 19:13, 21:12, 21:20
**extraordinary** [2] - 9:15, 10:13
**extremely** [1] - 11:3

## F

**F** [1] - 1:21
**facing** [1] - 11:13
**fact** [2] - 25:15, 27:10
**factors** [5] - 4:10, 12:10, 15:24, 15:25, 19:16
**facts** [4] - 8:19, 8:22, 9:1, 19:21
**factual** [2] - 4:25, 5:5
**faith** [1] - 17:7
**faithfully** [1] - 4:14
**familiar** [1] - 8:22
**family** [10] - 17:7, 17:23, 17:25, 18:1, 18:10, 20:15, 20:21, 20:23, 21:2, 21:17
**fantastic** [1] - 12:5
**far** [3] - 12:15, 12:21, 18:12
**fashion** [1] - 4:11
**father** [1] - 20:25
**federal** [1] - 22:22
**FERKO** [1] - 1:17
**FERNANDEZ** [1] - 1:7
**few** [1] - 10:4
**fiduciary** [1] - 24:4
**Fifth** [2] - 15:17, 18:25
**file** [3] - 5:10, 25:18, 28:9
**filed** [2] - 5:7, 25:19
**filing** [1] - 3:16
**final** [4] - 5:24, 25:7, 26:10, 26:12
**finances** [2] - 17:23, 18:12
**financial** [4] - 24:6, 24:7, 24:8, 28:10
**findings** [2] - 4:25, 8:6
**fine** [12] - 8:10, 24:16, 24:19, 26:23, 27:5, 27:9, 27:14, 27:16, 27:21, 27:22, 28:12, 28:14
**finish** [1] - 21:4
**first** [3] - 12:13, 13:9, 14:8
**five** [2] - 17:22, 27:10
**fled** [1] - 15:5
**flow** [4] - 28:1, 28:5, 28:6, 28:11
**flowed** [1] - 10:23
**focused** [1] - 18:20
**follow** [2] - 23:7, 23:17
**following** [1] - 22:25
**follows** [1] - 24:25

**for** [61] - 3:6, 3:12, 3:22, 4:4, 4:25, 5:20, 7:11, 7:17, 7:20, 8:1, 8:20, 9:12, 10:4, 10:24, 11:2, 11:3, 11:8, 11:16, 12:18, 13:5, 13:12, 13:17, 13:20, 13:25, 14:4, 14:5, 14:8, 14:17, 15:7, 15:9, 15:11, 15:15, 15:18, 16:3, 18:6, 18:13, 19:7, 19:9, 19:14, 19:18, 20:5, 20:6, 20:13, 20:19, 21:8, 21:10, 21:11, 21:13, 21:16, 21:17, 22:10, 22:11, 22:14, 22:16, 26:4, 26:7, 27:2, 27:15, 27:16
**FOR** [2] - 1:14, 1:21
**foregoing** [1] - 29:13
**foreign** [1] - 15:2
**forfeit** [1] - 25:5
**forfeited** [2] - 16:6, 16:18
**forfeiting** [1] - 16:8
**forfeiture** [5] - 17:15, 25:6, 25:7, 26:11, 26:12
**forth** [2] - 4:13, 25:7
**forward** [1] - 20:4
**four** [3] - 12:20, 20:16, 21:1
**free** [1] - 19:8
**friends** [1] - 18:10
**from** [20] - 6:14, 8:11, 8:24, 12:24, 13:14, 16:10, 20:22, 21:6, 21:7, 22:13, 22:17, 23:3, 23:9, 23:20, 23:25, 24:3, 26:13, 29:1, 29:14
**front** [1] - 11:15
**fruit** [1] - 20:16
**full** [1] - 7:20
**further** [2] - 24:13, 24:15
**future** [2] - 21:19, 23:2

## G

**G** [1] - 3:1
**gains** [2] - 16:7, 17:15
**gas** [1] - 16:22
**generally** [3] - 5:3, 25:11, 25:16
**get** [5] - 3:16, 11:5, 11:7, 26:6, 29:1
**give** [4] - 4:19, 20:7, 21:11, 25:12, 26:7
**given** [3] - 15:16, 17:17, 19:20
**gives** [1] - 7:10
**go** [1] - 15:25
**God** [1] - 21:16
**goes** [1] - 9:25
**going** [6] - 8:3, 8:18, 13:5, 15:25, 22:3, 22:4
**gold** [1] - 11:23
**gold-plated** [1] - 11:23
**good** [6] - 3:3, 3:8, 3:11, 3:13, 3:15, 3:24, 20:11, 20:12
**goods** [1] - 12:18
**got** [1] - 3:20
**gotten** [2] - 16:6, 17:15
**GOVERNMENT** [1] - 1:14
**government** [31] - 3:6, 5:14, 5:16, 6:7, 6:15, 9:9, 9:22, 10:1, 10:8, 12:14, 13:14, 13:19, 13:23, 14:1, 14:5, 14:10, 14:12, 14:17, 14:25, 15:7, 15:14, 16:9,

16:11, 17:18, 19:6, 19:13, 21:25, 22:5, 26:1, 26:24

**government's** [5] - 7:16, 11:15, 11:20, 13:15, 22:3

**governments** [2] - 15:2

**GPS** [1] - 25:24

**grandchildren** [1] - 20:22

**grant** [1] - 22:3

**granted** [1] - 14:11

**GRAY** [1] - 1:10

**great** [1] - 26:9

**greater** [1] - 16:10

**grew** [1] - 16:21

**gristle** [1] - 19:19

**group** [1] - 9:24

**grouped** [2] - 5:23, 6:16

**grouping** [5] - 5:17, 5:20, 5:22, 6:21, 7:18

**guess** [1] - 16:18

**guidance** [5] - 7:10, 15:17, 18:25, 21:19

**guideline** [12] - 4:7, 6:19, 6:20, 6:21, 6:23, 7:2, 7:6, 7:8, 7:9, 7:10, 7:12, 9:5

**guidelines** [12] - 4:4, 4:15, 4:17, 4:20, 4:23, 5:6, 8:6, 8:9, 14:6, 15:9, 15:16, 19:1

**guilty** [6] - 11:11, 11:12, 12:11, 13:12, 16:4, 17:12

# H

**H** [1] - 1:10

**had** [8] - 10:20, 11:12, 15:4, 15:5, 19:9, 20:25, 21:1, 27:10

**haircut** [1] - 12:18

**half** [2] - 18:7, 26:5

**Haltom** [1] - 15:18

**hand** [1] - 7:9

**hard** [1] - 16:21

**harm** [2] - 7:12, 15:9

**harms** [1] - 21:17

**has** [43] - 3:21, 4:3, 5:2, 8:1, 8:19, 8:23, 9:11, 9:14, 9:21, 10:7, 10:8, 10:9, 10:13, 10:18, 11:19, 13:14, 14:7, 15:7, 15:22, 16:5, 16:9, 17:4, 17:6, 17:11, 17:18, 17:21, 17:22, 18:13, 18:17, 19:6, 19:12, 20:19, 20:23, 21:18, 22:5, 27:1, 27:13, 27:21, 27:22, 28:2, 28:5, 28:6, 28:11

**have** [28] - 3:19, 5:7, 6:11, 9:18, 9:22, 10:1, 10:12, 11:13, 13:18, 15:16, 15:23, 17:1, 20:2, 20:13, 20:16, 20:21, 21:8, 21:13, 21:17, 22:23, 25:11, 25:14, 25:21, 25:24, 27:6, 28:3, 28:19

**having** [5] - 9:11, 19:18, 19:21, 24:23, 27:8

**he** [60] - 9:15, 9:17, 10:7, 11:10, 11:12, 11:14, 11:23, 11:25, 12:24, 14:3, 14:4, 14:16, 14:20, 14:25, 15:1, 15:3, 15:14, 16:5, 16:14, 16:15, 16:18, 16:21, 17:11,

17:13, 17:14, 17:22, 18:13, 18:15, 19:7, 19:8, 19:9, 20:7, 23:8, 23:10, 23:12, 23:13, 26:4, 26:6, 27:1, 27:2, 27:10, 27:21, 27:22, 28:2, 28:5, 28:6, 28:11, 28:15, 28:21, 28:22, 28:23, 28:24, 29:1

**He** [1] - 26:6

**he's** [5] - 10:10, 12:4, 12:5, 23:11, 27:20

**hear** [1] - 13:17

**HEARD** [1] - 1:10

**heard** [3] - 13:14, 19:18, 19:21

**hearing** [1] - 3:25

**held** [1] - 4:3

**helped** [2] - 10:7, 10:10

**here** [9] - 3:6, 3:12, 8:18, 18:1, 18:2, 20:18, 20:20, 21:15

**hereby** [2] - 22:9, 29:13

**high** [4] - 11:3, 12:19, 14:2, 14:20

**high-level** [1] - 14:20

**high-ranking** [1] - 14:2

**highest** [3] - 9:8, 9:25, 12:5

**highly** [1] - 14:1

**him** [8] - 3:22, 14:22, 18:9, 18:10, 26:7, 28:18, 28:19, 28:24

**his** [55] - 9:5, 9:6, 9:7, 10:12, 10:13, 10:15, 11:10, 12:16, 12:21, 13:12, 13:16, 14:1, 14:3, 14:4, 14:12, 14:19, 14:21, 15:1, 15:2, 16:5, 16:10, 16:12, 16:13, 16:22, 17:1, 17:2, 17:13, 17:15, 17:17, 17:23, 17:25, 18:1, 18:4, 18:9, 18:10, 18:12, 18:17, 18:18, 18:24, 19:13, 19:14, 20:7, 20:8, 21:16, 25:5, 25:9, 27:17, 28:17

**history** [3] - 4:16, 8:8, 16:20

**Holland** [1] - 1:22

**home** [1] - 18:13

**Honor** [38] - 3:8, 3:13, 3:18, 3:23, 5:16, 6:4, 6:10, 6:13, 7:16, 8:17, 8:18, 8:22, 8:23, 8:25, 9:13, 11:18, 12:17, 13:1, 13:7, 19:25, 20:5, 20:11, 21:10, 21:15, 22:1, 23:12, 24:17, 24:21, 26:2, 26:3, 26:19, 27:5, 27:23, 28:8, 28:13, 28:15, 28:21, 29:7

**HONORABLE** [1] - 1:10

**Honorable** [1] - 20:14

**hours** [4] - 18:18, 22:17, 23:24, 28:24

**house** [1] - 19:8

**Houston** [6] - 1:19, 1:23, 2:3, 2:8, 10:23, 20:18

**HOUSTON** [2] - 1:2, 1:5

**how** [4] - 6:2, 7:25, 11:19

**however** [3] - 16:14, 25:12, 25:16

**Hoyt** [1] - 9:24

**humility** [1] - 21:20

# I

**I** [80] - 2:1, 3:1, 3:16, 3:19, 4:1, 5:7, 5:20, 7:22, 7:25, 9:2, 9:4, 9:16, 9:18, 9:20, 10:9, 10:16, 11:4, 11:22, 11:24,

11:25, 12:2, 12:3, 12:5, 12:6, 12:7, 12:10, 12:23, 13:19, 13:20, 13:22, 14:19, 15:7, 15:21, 15:23, 17:1, 17:5, 17:25, 18:23, 19:2, 19:11, 19:17, 20:15, 20:16, 20:21, 20:22, 20:25, 21:1, 21:2, 21:3, 21:6, 21:8, 21:9, 21:10, 21:13, 21:15, 21:16, 21:17, 23:8, 25:9, 25:24, 26:5, 26:6, 26:8, 26:21, 27:5, 27:8, 27:10, 27:14, 27:16, 28:2, 28:3, 28:18, 28:21, 28:23, 29:12

**I'll** [2] - 27:19, 28:12

**I'm** [11] - 8:3, 8:18, 11:6, 12:2, 15:25, 16:7, 17:5, 19:15, 19:23, 22:3, 22:4

**I've** [6] - 3:20, 8:13, 13:17, 14:14, 15:8, 16:24

**identified** [1] - 14:18

**identifying** [1] - 15:3

**if** [16] - 9:17, 10:5, 12:4, 14:11, 20:2, 23:20, 23:22, 25:16, 25:18, 25:19, 25:22, 26:7, 27:5, 27:8, 28:2, 29:4

**ill** [2] - 16:6, 17:15

**ill-gotten** [2] - 16:6, 17:15

**imagine** [1] - 17:21

**immediately** [3] - 23:5, 23:15, 25:1

**Immigration** [3] - 23:6, 23:16, 24:1

**impact** [1] - 10:20

**impacted** [1] - 17:22

**important** [1] - 13:2

**impose** [2] - 8:14, 19:3

**imposed** [1] - 18:21

**imprisoned** [1] - 22:10

**imprisonment** [2] - 22:13, 23:3

**in** [106] - 3:25, 4:3, 4:8, 4:9, 4:10, 4:11, 4:13, 4:15, 4:19, 4:21, 4:25, 5:2, 5:4, 5:7, 5:10, 6:4, 6:18, 6:21, 6:23, 7:6, 7:7, 7:10, 7:23, 8:1, 8:14, 8:15, 8:23, 9:5, 9:7, 9:8, 9:14, 9:15, 9:16, 10:9, 10:16, 10:17, 10:18, 10:19, 11:11, 11:13, 11:20, 12:13, 12:21, 12:23, 12:25, 13:10, 13:11, 13:15, 13:17, 14:8, 14:14, 14:18, 15:2, 15:5, 15:17, 15:23, 15:25, 16:7, 16:21, 16:22, 16:24, 16:25, 17:2, 17:3, 17:14, 17:22, 17:23, 18:3, 18:5, 18:6, 18:13, 18:20, 18:24, 19:1, 19:2, 19:11, 19:15, 19:19, 19:22, 20:8, 20:18, 20:23, 21:1, 21:8, 22:18, 22:19, 24:2, 24:3, 25:2, 25:5, 25:6, 25:7, 25:13, 25:14, 25:18, 26:6, 26:10, 26:11, 27:11, 27:13, 28:12, 29:14

**incarceration** [3] - 8:9, 27:6, 27:14

**including** [2] - 5:8, 9:23

**increase** [2] - 6:24, 19:1

**incur** [1] - 24:10

**indicate** [1] - 17:6

**indicated** [1] - 15:18

**indication** [1] - 4:22

**indictment** [3] - 11:11, 11:12, 12:21

**individual** [3] - 14:18, 14:22, 15:21

**individuals** [7] - 8:23, 9:24, 10:10, 13:24, 15:3, 16:25, 18:9

**inform** [1] - 17:25
**information** [15] - 5:8, 11:11, 13:21, 13:23, 14:16, 14:17, 14:21, 15:4, 15:24, 17:1, 24:6, 24:7, 24:8, 28:3
**instituted** [1] - 23:18
**instructions** [2] - 23:7, 23:17
**intention** [1] - 21:19
**interest** [1] - 25:5
**interesting** [1] - 19:17
**interpreter** [1] - 3:22
**interpreting** [1] - 3:22
**into** [2] - 17:9, 25:14
**invalid** [1] - 25:17
**involvement** [1] - 9:4
**involving** [1] - 9:24
**is** [81] - 3:6, 3:12, 3:21, 3:22, 3:25, 5:1, 5:3, 5:10, 6:14, 6:24, 7:4, 7:5, 7:16, 7:21, 8:7, 8:22, 8:25, 9:2, 9:4, 9:8, 9:10, 9:13, 9:15, 9:17, 10:5, 10:17, 11:1, 11:3, 11:16, 12:4, 12:17, 12:24, 13:1, 13:10, 13:16, 13:21, 14:6, 14:11, 14:18, 14:20, 15:22, 16:5, 16:17, 16:20, 16:25, 17:7, 17:9, 17:10, 17:18, 17:23, 18:1, 18:2, 18:14, 18:15, 19:1, 19:3, 20:20, 21:20, 22:8, 22:9, 22:19, 23:3, 23:8, 23:10, 23:12, 23:13, 24:13, 24:15, 24:17, 24:19, 25:16, 26:20, 26:23, 27:6, 27:17, 28:3, 29:13
**issue** [1] - 10:19
**issued** [1] - 26:13
**it** [25] - 3:19, 3:20, 4:7, 5:25, 6:1, 7:10, 10:20, 11:4, 11:6, 12:17, 14:1, 15:11, 15:18, 19:18, 21:18, 22:8, 24:13, 24:15, 24:22, 25:18, 26:5, 27:19, 28:11, 28:22
**it's** [7] - 7:12, 10:19, 11:15, 11:20, 13:22, 15:10, 19:7
**its** [3] - 4:9, 4:17, 10:9
**itself** [1] - 19:1

## J

**JANUARY** [1] - 1:7
**January** [1] - 28:10
**jewelry** [1] - 12:3
**JIM** [1] - 2:1
**Jim** [1] - 3:14
**Jose** [1] - 18:2
**journey** [1] - 21:18
**JUDGE** [1] - 1:11
**Judge** [1] - 9:24
**judges** [1] - 4:5
**judgment** [9] - 9:7, 12:25, 22:8, 25:2, 25:19, 26:11, 26:13, 26:15, 26:16
**June** [1] - 25:8
**just** [6] - 11:18, 13:19, 14:10, 16:1, 20:5, 26:14
**Justice** [1] - 1:15
**justice** [1] - 21:16

## K

**keep** [1] - 28:21
**keyed** [1] - 18:20
**kind** [1] - 9:3
**Knight** [1] - 1:22
**know** [13] - 3:25, 9:12, 9:20, 11:8, 11:13, 12:3, 12:4, 12:13, 15:7, 18:10, 27:12, 27:14, 28:2
**known** [1] - 9:24
**KRISTINE** [1] - 1:17

## L

**laid** [1] - 10:8
**Lane** [1] - 2:2
**language** [1] - 20:8
**Lanie** [3] - 2:5, 29:12, 29:16
**large** [1] - 10:18
**lastly** [1] - 18:20
**LAVINE** [15] - 2:1, 3:23, 23:12, 27:5, 27:8, 27:13, 27:22, 28:2, 28:13, 28:15, 29:1
**Lavine** [4] - 2:2, 3:14, 5:22, 6:2
**law** [1] - 22:24
**learned** [1] - 16:22
**learning** [1] - 21:18
**least** [1] - 10:11
**leaves** [1] - 27:2
**led** [1] - 21:9
**legally** [1] - 23:22
**lengthy** [1] - 21:18
**less** [1] - 19:4
**lesser** [1] - 16:14
**let** [3] - 13:9, 18:10, 27:24
**let's** [3] - 5:13, 19:5, 27:24
**letters** [1] - 17:5
**level** [12] - 4:16, 5:25, 8:7, 9:3, 9:13, 12:2, 12:5, 13:21, 13:23, 14:20, 17:17, 19:12
**levels** [1] - 9:25
**life** [4] - 11:13, 17:21, 21:1, 21:14
**light** [1] - 4:8
**like** [4] - 8:16, 12:3, 12:6, 20:3
**Lila** [1] - 18:4
**lines** [1] - 24:11
**little** [1] - 19:19
**live** [1] - 20:18
**local** [1] - 22:22
**locate** [1] - 14:22
**locating** [1] - 15:3
**location** [1] - 15:4
**lodged** [1] - 18:5
**long** [1] - 3:13
**look** [3] - 15:20, 19:2, 27:24
**lost** [1] - 20:25
**lot** [1] - 11:4
**LOUIS** [12] - 1:21, 3:13, 3:18, 6:10, 6:13, 6:18, 7:1, 13:7, 13:9, 16:3, 20:5,

26:19
**Louis** [9] - 3:14, 3:17, 6:9, 8:4, 13:5, 20:1, 26:17, 27:2, 28:4
**Louisiana** [1] - 1:18
**low** [1] - 23:2
**lower** [2] - 13:1, 17:18

## M

**M** [3] - 2:5, 29:12, 29:16
**made** [7] - 12:15, 12:16, 12:24, 16:20, 25:3, 26:14, 26:16
**main** [1] - 21:7
**Main** [1] - 1:22
**make** [10] - 9:22, 11:18, 13:19, 14:5, 14:9, 19:17, 19:19, 20:6, 21:9, 26:21
**making** [2] - 5:4, 14:6
**man** [7] - 16:21, 17:7, 20:15, 21:15
**management** [1] - 9:25
**mandated** [1] - 4:12
**mandatory** [4] - 4:1, 4:23, 22:24, 23:2
**many** [2] - 18:18
**Maracaibo** [3] - 16:21, 17:3, 21:6
**Maria** [2] - 17:3, 18:4
**MARIHUG** [1] - 1:14
**marriage** [1] - 20:16
**married** [2] - 20:15, 21:1
**material** [1] - 5:10
**materials** [1] - 14:15
**matter** [1] - 29:14
**matters** [1] - 24:22
**maximum** [3] - 7:20, 7:23, 8:1
**maximums** [1] - 7:19
**may** [5] - 19:17, 23:18, 24:8, 25:12, 28:15
**me** [10] - 3:19, 8:14, 13:9, 19:19, 20:13, 20:19, 20:20, 21:12, 26:23, 27:24
**mean** [2] - 12:2, 12:5
**meaningful** [1] - 11:20
**measure** [1] - 19:7
**mechanical** [1] - 1:24
**memorandum** [9] - 10:9, 13:15, 13:18, 13:22, 14:14, 14:19, 15:23, 16:12, 16:24
**mention** [1] - 14:19
**messages** [1] - 18:9
**met** [1] - 5:2
**metals** [1] - 12:3
**microphone** [1] - 20:4
**might** [3] - 21:13, 21:17, 27:5
**MILLER** [1] - 1:10
**million** [4] - 9:8, 12:17, 12:25, 16:17
**mindful** [1] - 16:25
**mistakes** [2] - 21:9, 21:17
**mom** [1] - 21:3
**moment** [1] - 23:13
**monetary** [1] - 24:24
**money** [11] - 9:6, 9:7, 12:15, 12:16,

12:22, 12:24, 12:25, 16:8, 16:19, 26:11, 26:13

**monitor** [4] - 19:9, 28:16, 28:19, 28:25

**monthly** [2] - 27:25, 28:11

**months** [19] - 6:19, 6:22, 6:23, 7:8, 7:12, 7:24, 8:9, 8:15, 12:8, 12:9, 15:8, 17:14, 22:5, 22:10, 22:12, 26:4, 26:6, 27:11, 27:13

**morality** [1] - 20:23

**more** [4] - 12:15, 12:16, 12:21, 16:18

**morning** [8] - 3:8, 3:11, 3:13, 3:15, 3:17, 3:24, 20:11, 20:12

**most** [1] - 9:23

**motion** [1] - 22:4

**Mr** [86] - 3:17, 3:21, 3:24, 5:7, 5:22, 6:2, 6:9, 8:4, 8:19, 8:24, 8:25, 9:4, 9:11, 9:14, 9:19, 9:21, 10:2, 10:3, 10:5, 10:24, 11:1, 11:7, 11:9, 11:19, 11:23, 11:24, 12:1, 12:4, 12:7, 12:9, 12:11, 12:12, 12:15, 12:16, 12:25, 13:3, 13:5, 13:10, 13:12, 14:3, 14:16, 14:20, 14:23, 15:6, 15:14, 15:20, 15:21, 15:22, 16:4, 16:6, 16:10, 16:11, 16:13, 16:16, 16:17, 16:20, 16:25, 17:6, 17:10, 17:21, 17:24, 18:8, 18:14, 18:17, 18:24, 19:3, 19:5, 19:22, 20:1, 20:2, 20:5, 20:10, 25:9, 25:11, 26:3, 26:17, 27:2, 27:9, 27:13, 27:15, 27:17, 28:4

**MR** [24] - 1:21, 1:21, 2:1, 3:13, 3:18, 3:23, 6:10, 6:13, 6:18, 7:1, 13:7, 13:9, 16:3, 20:5, 23:12, 26:19, 27:5, 27:8, 27:13, 27:22, 28:2, 28:13, 28:15, 29:1

**mS** [2] - 1:14, 1:17

**Ms** [5] - 3:6, 5:15, 7:14, 8:13, 21:24

**MS** [22] - 1:14, 1:17, 3:8, 3:10, 5:16, 6:1, 6:8, 7:16, 8:17, 8:22, 9:20, 11:7, 11:24, 12:2, 12:9, 22:1, 23:10, 26:2, 26:9, 26:25, 28:21, 29:7

**much** [2] - 10:22, 17:18

**multiple** [1] - 16:5

**murder** [1] - 15:5

**Murta** [1] - 10:4

**must** [8] - 23:5, 23:15, 23:21, 23:23, 23:25, 24:5, 24:10, 25:18

**my** [19] - 9:16, 11:2, 14:14, 14:19, 15:23, 16:7, 20:19, 20:25, 21:1, 21:2, 21:3, 21:4, 21:12, 21:14, 21:16, 21:17, 21:19, 21:20, 29:13

**myself** [1] - 21:3

## N

**N** [1] - 3:1

**name** [1] - 14:19

**named** [2] - 12:20, 25:6

**native** [1] - 20:8

**nature** [1] - 16:3

**nearest** [1] - 23:23

**need** [4] - 5:15, 6:11, 25:9, 27:2

**negative** [3] - 28:2, 28:5, 28:11

**New** [1] - 1:15

**new** [1] - 24:10

**next** [1] - 3:2

**nine** [1] - 20:21

**no** [14] - 6:8, 16:5, 17:9, 18:13, 19:7, 20:9, 22:1, 25:24, 26:23, 26:25, 27:21, 27:22, 28:6, 28:14

**not** [31] - 4:4, 4:22, 5:22, 7:2, 7:17, 7:20, 8:18, 9:17, 10:1, 10:7, 10:12, 11:11, 12:2, 12:12, 13:10, 14:23, 15:10, 16:7, 16:11, 16:17, 17:10, 17:22, 18:14, 18:15, 18:16, 18:21, 19:8, 22:22, 23:10, 24:10, 24:22

**note** [1] - 7:25

**noted** [1] - 6:5

**nothing** [2] - 6:7, 29:4

**notice** [2] - 25:6, 29:1

**now** [5] - 5:7, 7:7, 9:12, 11:15, 16:9

**number** [5] - 8:20, 8:23, 9:22, 12:20, 26:4

**numbered** [1] - 29:14

**numerous** [1] - 17:4

**NW** [1] - 1:15

## O

**O** [1] - 3:1

**Oak** [1] - 2:2

**object** [2] - 5:16, 5:17

**objection** [4] - 7:13, 8:4, 26:25, 28:19

**objections** [3] - 5:9, 5:14, 6:11

**obviously** [2] - 8:13, 11:1

**occasion** [1] - 18:8

**OF** [3] - 1:1, 1:4, 1:10

**of** [179] - 1:15, 2:7, 3:5, 3:15, 4:8, 4:9, 4:12, 4:13, 4:21, 4:25, 5:1, 5:8, 5:20, 6:7, 6:19, 6:20, 6:21, 6:23, 7:1, 7:4, 7:6, 7:8, 7:10, 7:11, 7:18, 7:19, 7:20, 7:23, 8:2, 8:8, 8:9, 8:10, 8:15, 8:19, 8:20, 8:23, 8:25, 9:1, 9:3, 9:5, 9:6, 9:7, 9:8, 9:13, 9:17, 9:21, 9:22, 9:24, 9:25, 10:8, 10:11, 10:17, 10:18, 10:19, 10:21, 10:22, 10:24, 11:4, 12:3, 12:15, 12:18, 12:21, 12:23, 12:24, 13:11, 13:21, 13:22, 13:23, 14:8, 14:12, 14:15, 15:1, 15:4, 15:8, 15:9, 15:11, 15:18, 16:3, 16:4, 16:6, 16:7, 16:8, 16:12, 16:16, 16:19, 16:25, 17:7, 17:8, 17:15, 17:17, 17:25, 18:2, 18:5, 18:6, 18:10, 18:14, 18:19, 18:25, 19:11, 19:12, 19:21, 19:22, 19:23, 20:6, 20:16, 20:21, 20:25, 21:2, 21:3, 21:14, 21:18, 21:25, 22:8, 22:9, 22:10, 22:12, 22:14, 22:15, 22:16, 22:17, 22:18, 23:2, 23:7, 23:11, 23:12, 23:17, 24:4, 24:7, 24:11, 24:14, 24:16, 24:24, 25:2, 25:4, 25:6, 25:7, 25:9, 25:13, 25:15, 25:17, 25:19, 26:1, 26:4, 26:10, 26:12, 26:14, 26:15, 26:16, 27:9, 28:1, 28:11, 28:17, 29:2, 29:13, 29:13, 29:14

**off** [3] - 12:15, 13:9, 28:19

**offender** [1] - 18:15

**offense** [4] - 4:16, 5:19, 5:25, 7:3, 7:19, 8:7, 12:12, 16:4

**office** [3] - 22:19, 23:23, 24:7

**Office** [2] - 1:18, 24:9

**OFFICER** [4] - 6:4, 24:17, 24:21, 28:8

**officer** [2] - 24:5, 24:12

**Official** [4] - 2:5, 2:6, 29:12, 29:16

**officials** [1] - 14:2

**oil** [3] - 16:22, 21:7, 21:8

**okay** [2] - 23:14, 26:9

**oldest** [1] - 21:2

**on** [32] - 3:2, 4:10, 6:7, 7:9, 7:15, 8:4, 9:5, 10:5, 10:20, 13:6, 13:21, 15:17, 16:12, 18:8, 18:21, 21:24, 22:14, 22:21, 23:1, 25:8, 25:20, 25:22, 26:1, 26:13, 26:18, 27:6, 27:10, 27:14, 27:17, 27:19, 28:9, 28:22

**once** [1] - 21:20

**one** [13] - 6:13, 7:9, 8:10, 9:17, 9:19, 10:11, 11:2, 12:2, 12:11, 14:18, 16:5, 17:9, 18:2, 18:4, 22:14, 22:16, 26:3, 26:20

**only** [6] - 6:13, 9:2, 11:1, 12:19, 14:23, 15:21

**open** [1] - 24:11

**opportunity** [2] - 20:2, 21:12

**or** [16] - 4:23, 15:24, 17:9, 17:22, 19:4, 22:22, 23:6, 23:8, 23:16, 24:3, 24:10, 25:13, 25:15, 26:19, 26:21, 28:5

**order** [5] - 25:24, 26:10, 26:12, 28:18, 28:23

**ordered** [3] - 23:20, 24:13, 24:15

**orders** [1] - 25:7

**other** [4] - 4:8, 5:10, 9:19, 22:6

**our** [3] - 5:20, 6:18, 7:13

**out** [4] - 4:10, 10:9, 13:3, 20:21

**outlined** [4] - 14:14, 14:15, 15:23, 16:11

**outside** [2] - 15:1, 23:21

**outstanding** [1] - 6:14

**over** [5] - 9:12, 17:22, 18:7, 20:19, 21:8

**overrule** [1] - 8:3

**own** [3] - 16:22, 17:25, 21:12

## P

**P** [1] - 3:1

**P.C** [1] - 2:2

**page** [1] - 13:22

**Page** [2] - 13:22, 16:12

**Paragraph** [1] - 6:14

**parish** [1] - 17:2

**part** [4] - 10:18, 15:11, 26:14, 26:16

**passed** [1] - 18:9

**PATEL** [21] - 1:14, 3:8, 3:10, 5:16, 6:1, 6:8, 7:16, 8:17, 8:22, 9:20, 11:7, 11:24, 12:2, 12:9, 22:1, 23:10, 26:2, 26:9,

26:25, 28:21, 29:7
**Patel** [5] - 3:6, 5:15, 7:14, 8:13, 21:24
**Paulo** [1] - 10:4
**pay** [7] - 24:14, 24:16, 24:23, 25:20, 27:17, 27:21, 27:22
**paying** [1] - 25:21
**payment** [2] - 24:24, 25:1
**payments** [1] - 25:3
**PDVSA** [3] - 9:25, 14:25, 18:6
**Pearson** [1] - 11:24
**penalties** [1] - 24:24
**pending** [2] - 8:20, 9:23
**people** [1] - 10:20
**percent** [2] - 12:18, 14:11
**period** [2] - 8:8, 8:10
**permits** [1] - 4:7
**person** [5] - 12:13, 13:10, 14:7, 15:4, 22:18
**personal** [1] - 16:20
**personally** [1] - 16:15
**perspective** [1] - 6:14
**pictures** [1] - 14:15
**place** [1] - 5:21
**placed** [1] - 22:14
**placement** [1] - 26:18
**plated** [1] - 11:23
**platinum** [1] - 11:24
**plea** [3] - 11:10, 25:13, 25:14
**pleaded** [3] - 11:10, 11:12, 12:11
**please** [1] - 20:4
**pled** [3] - 13:12, 16:4, 17:11
**point** [4] - 10:16, 11:7, 11:10, 13:3
**pose** [1] - 23:2
**position** [4] - 7:14, 7:16, 11:16, 19:21
**positive** [1] - 28:6
**possible** [2] - 10:2, 10:12
**Post** [1] - 2:2
**practice** [1] - 16:7
**practicing** [1] - 13:17
**precious** [1] - 12:3
**prefers** [1] - 20:7
**prepared** [1] - 5:9
**preponderance** [1] - 5:1
**present** [4] - 3:21, 20:17, 21:11, 25:17
**presentence** [7] - 5:3, 5:8, 5:12, 8:6, 23:9, 27:25, 28:9
**pretrial** [1] - 28:17
**prevalent** [1] - 20:24
**previously** [1] - 15:8
**prison** [1] - 11:13
**Prisons** [2] - 22:10, 22:18
**probation** [11] - 5:9, 5:18, 7:22, 22:19, 23:23, 24:5, 24:7, 24:12, 28:7, 28:16, 28:24
**PROBATION** [4] - 6:4, 24:17, 24:21, 28:8
**problem** [1] - 26:24
**procedures** [1] - 4:2
**proceed** [1] - 25:20

**Proceedings** [1] - 1:24
**proceedings** [4] - 3:22, 23:18, 29:9, 29:14
**PROCEEDINGS** [1] - 1:10
**produced** [1] - 1:25
**professional** [1] - 21:14
**professionals** [1] - 21:5
**profile** [1] - 28:10
**prohibited** [1] - 24:3
**proof** [1] - 4:25
**proper** [1] - 23:25
**property** [1] - 25:6
**prosecution** [2] - 11:20, 17:13
**prosecutor** [2] - 9:17, 19:18
**protection** [1] - 18:14
**provide** [1] - 14:21, 24:5
**provided** [11] - 9:21, 14:16, 14:23, 14:25, 15:1, 15:3, 17:1, 19:12, 28:4
**PSR** [2] - 6:5, 28:3
**public** [1] - 18:14
**purposes** [8] - 4:12, 5:20, 7:11, 7:17, 15:9, 15:18, 16:3, 20:6
**pursuant** [1] - 22:7

## Q

**question** [1] - 17:9
**questions** [1] - 15:13
**quickly** [1] - 16:1
**quite** [1] - 5:8

## R

**R** [1] - 3:1
**range** [8] - 4:20, 6:19, 6:23, 7:6, 7:8, 7:20, 8:1, 8:11
**ranges** [1] - 4:7
**rank** [2] - 12:1, 12:3
**ranking** [1] - 14:2
**rarely** [3] - 13:17, 13:18, 14:11
**read** [2] - 3:19, 17:5
**ready** [2] - 3:2, 10:3
**realized** [1] - 14:3
**really** [2] - 7:5, 9:3
**reasonable** [1] - 11:17
**recall** [2] - 12:7, 27:8
**receive** [2] - 15:15, 26:3
**received** [6] - 9:6, 11:9, 11:14, 12:22, 16:10, 17:4
**receives** [1] - 18:8
**receiving** [1] - 11:1
**recognized** [1] - 17:11
**recommendation** [2] - 26:17, 26:22
**recommended** [2] - 8:8, 17:18
**record** [3] - 13:20, 20:5, 29:14
**recorded** [1] - 1:24
**reduce** [2] - 27:16, 27:19
**reduced** [2] - 27:9, 27:14
**reduction** [2] - 11:8, 14:11

**reenter** [2] - 23:22
**reflect** [1] - 17:8
**reflected** [2] - 9:4, 12:24
**reflection** [2] - 20:14, 21:19
**Reform** [2] - 4:13, 22:8
**regarding** [2] - 14:21, 15:4
**regret** [1] - 19:13
**rehabilitation** [2] - 18:17, 18:18
**reins** [1] - 21:2
**relative** [1] - 7:12
**release** [8] - 8:10, 22:13, 22:14, 22:17, 22:21, 23:3, 24:7, 28:17
**released** [2] - 17:14, 22:20
**reliable** [1] - 5:4
**rely** [1] - 4:10
**remain** [1] - 23:21
**remains** [1] - 6:13
**remember** [1] - 23:8
**remove** [1] - 28:16
**removed** [1] - 28:25
**reorganize** [1] - 21:1
**report** [15] - 5:3, 5:8, 5:12, 8:6, 22:18, 23:5, 23:6, 23:9, 23:15, 23:23, 27:25, 28:9, 28:15, 28:24
**Reporter** [4] - 2:5, 2:6, 29:12, 29:16
**REPORTER'S** [1] - 29:11
**reporting** [1] - 23:17
**reports** [3] - 28:22, 28:23, 28:25
**represent** [1] - 25:22
**request** [1] - 6:19
**requested** [2] - 22:5, 24:6
**required** [2] - 5:5, 22:24
**requirement** [1] - 23:3
**requirements** [1] - 23:17
**requires** [4] - 4:6, 7:18, 28:18, 28:24
**resolved** [1] - 6:6
**resources** [2] - 18:12, 18:13
**respect** [5] - 5:12, 5:24, 10:11, 14:18, 14:24
**response** [1] - 28:9
**responsibility** [5] - 13:12, 14:4, 14:8, 19:14, 21:13
**responsible** [2] - 21:10, 21:15
**result** [8] - 6:18, 6:21, 6:23, 6:24, 7:23, 9:6, 10:22, 19:15
**results** [1] - 7:7
**return** [1] - 23:24
**review** [1] - 15:25
**reviewed** [2] - 5:7, 8:13
**revised** [1] - 6:5
**right** [27] - 3:2, 3:16, 3:21, 3:24, 5:24, 6:6, 6:17, 6:25, 7:14, 8:3, 8:13, 12:7, 13:4, 13:8, 16:2, 21:24, 22:2, 22:3, 25:11, 25:21, 26:17, 27:1, 27:4, 27:12, 27:19, 28:7, 29:4
**rights** [3] - 25:9, 25:13, 25:15
**RINCON** [1] - 1:7
**Rincon** [49] - 3:5, 3:21, 3:24, 5:7, 8:19, 8:24, 9:11, 9:21, 10:3, 10:5, 11:1, 11:7,

11:9, 12:1, 12:4, 12:11, 12:15, 13:3, 13:10, 13:12, 14:3, 14:16, 14:20, 14:23, 15:6, 15:14, 15:20, 15:21, 16:4, 16:6, 16:16, 16:17, 16:20, 16:25, 17:6, 17:24, 18:8, 18:14, 18:17, 19:5, 19:22, 20:2, 20:5, 20:10, 25:9, 25:11, 26:3, 27:13, 27:17
  **Rincon's** [10] - 9:4, 9:14, 10:2, 10:24, 11:19, 16:10, 16:13, 17:10, 17:21, 18:24
  **RINCON-FERNANDEZ** [1] - 1:7
  **risk** [2] - 17:24, 23:2
  **RMR** [2] - 2:5, 29:12
  **roam** [1] - 19:8
  **Roberto** [2] - 3:5, 18:2
  **ROBERTO** [1] - 1:7
  **role** [1] - 24:4
  **ROLLINSON** [1] - 1:17
  **Room** [1] - 2:8
  **ruin** [1] - 17:23
  **rulings** [2] - 5:15, 6:12
  **run** [1] - 22:15
  **Rusk** [1] - 2:7
  **Ryerson** [2] - 3:14, 28:4
  **RYERSON** [1] - 1:21

## S

  **S** [1] - 3:1
  **safety** [1] - 17:25
  **said** [6] - 9:11, 10:15, 11:24, 12:6, 15:14, 16:9
  **Sam** [1] - 3:14
  **same** [4] - 5:21, 5:25, 12:2, 13:10
  **SAMUEL** [1] - 1:21
  **San** [1] - 17:3
  **say** [9] - 6:20, 8:16, 9:2, 9:16, 13:20, 20:3, 24:20, 27:21
  **saying** [1] - 13:9
  **says** [3] - 7:2, 7:6, 7:11
  **scheme** [2] - 12:16, 12:24
  **schooling** [1] - 21:4
  **second** [1] - 28:15
  **Section** [2] - 4:11, 7:18
  **see** [2] - 19:5, 27:24
  **seek** [1] - 23:25
  **self** [1] - 16:20
  **self-made** [1] - 16:20
  **sentence** [18] - 4:8, 4:11, 4:18, 8:15, 9:5, 10:25, 11:16, 12:8, 12:9, 15:7, 17:8, 17:18, 17:20, 18:21, 19:3, 19:23, 25:12
  **sentenced** [1] - 8:23
  **sentencing** [28] - 3:25, 4:2, 4:4, 4:6, 4:9, 4:12, 4:20, 4:21, 4:24, 5:1, 8:16, 10:9, 11:23, 13:6, 13:15, 13:18, 13:22, 14:6, 14:14, 14:19, 15:8, 15:23, 16:12, 16:24, 18:22, 19:16, 22:6, 27:9
  **SENTENCING** [1] - 1:10
  **Sentencing** [2] - 4:13, 22:7

**separate** [2] - 5:22, 26:12
**separated** [1] - 5:20
**separately** [3] - 6:22, 7:3, 7:7
**serious** [3] - 9:3, 9:10, 17:10
**seriousness** [1] - 17:8
**serve** [1] - 26:4
**served** [6] - 17:14, 19:24, 22:11, 26:4, 27:10, 27:20
**serves** [2] - 17:15, 17:20
**set** [4] - 4:10, 4:13, 10:8, 25:7
**seven** [1] - 26:5
**shall** [10] - 22:14, 22:18, 22:22, 22:25, 24:13, 24:15, 24:24, 25:1, 25:5
**shambles** [1] - 18:13
**share** [2] - 16:14, 24:8
**she** [1] - 18:6
**Shiera** [8] - 8:25, 9:19, 12:12, 12:16, 13:3, 15:14, 15:22, 16:11, 27:15
**Shiera's** [6] - 11:23, 12:7, 12:9, 12:25, 19:3, 27:9
**should** [15] - 5:19, 5:22, 5:23, 6:2, 6:16, 6:22, 7:2, 7:17, 15:10, 15:11, 15:15, 15:24, 19:2, 26:6, 26:7
**shouldn't** [1] - 15:19
**shown** [1] - 18:17
**shows** [2] - 27:25, 28:11
**siblings** [1] - 21:4
**sign** [1] - 27:2
**signed** [4] - 25:24, 27:1, 28:18, 28:24
**significance** [2] - 14:12, 19:12
**significant** [16] - 9:3, 9:4, 9:10, 10:16, 10:20, 10:25, 11:1, 11:8, 11:19, 12:14, 13:23, 13:25, 16:8, 17:16, 17:24
**significantly** [3] - 9:23, 13:1, 17:21
**since** [2] - 13:11, 19:17
**sir** [3] - 21:23, 27:4, 29:3
**situation** [1] - 10:17
**six** [4] - 9:12, 17:22, 19:7, 19:9
**small** [2] - 19:7, 20:14
**Smith** [3] - 2:5, 29:12, 29:16
**so** [32] - 4:19, 5:12, 6:6, 6:14, 6:24, 7:1, 7:9, 7:22, 8:5, 8:16, 8:25, 9:9, 9:20, 10:13, 10:24, 11:7, 11:14, 11:15, 11:22, 13:2, 13:23, 13:25, 14:3, 14:12, 14:16, 15:5, 15:13, 15:20, 18:8, 21:3, 28:23, 28:25
**sold** [1] - 12:18
**some** [7] - 12:10, 14:7, 15:17, 19:22, 20:13, 25:13, 25:15
**something** [1] - 13:16
**son** [1] - 18:2
**SONALI** [1] - 1:14
**sorry** [1] - 26:12
**sort** [5] - 7:18, 7:19, 9:5, 10:18, 12:3
**sought** [2] - 14:25, 15:6
**sound** [1] - 19:17
**South** [1] - 2:2
**Southern** [3] - 11:3, 25:4, 29:12
**SOUTHERN** [1] - 1:1

**southern** [1] - 2:7
**Spain** [3] - 18:3, 18:5
**Spanish** [1] - 20:8
**speak** [1] - 20:6
**special** [2] - 8:11, 24:14
**specific** [1] - 7:3
**specifically** [2] - 7:2, 7:9
**Spencer** [1] - 3:14
**SPENCER** [1] - 1:21
**spouse** [1] - 18:4
**stacked** [1] - 7:19
**stand** [2] - 8:18, 21:10
**standard** [3] - 4:25, 5:2, 22:23
**stands** [1] - 14:7
**start** [3] - 4:1, 5:13, 13:9
**state** [2] - 21:7, 22:22
**State** [1] - 10:18
**stated** [1] - 15:8
**States** [12] - 2:6, 3:5, 20:22, 23:21, 23:23, 24:2, 24:14, 24:16, 25:3, 25:6, 29:12
**STATES** [3] - 1:1, 1:4, 1:11
**statutory** [4] - 4:8, 7:19, 7:23, 7:25
**stenography** [1] - 1:24
**still** [1] - 10:24
**stood** [1] - 10:3
**Street** [2] - 1:18, 1:22
**submit** [3] - 9:9, 10:25, 18:23
**subsidiary** [1] - 18:6
**substance** [1] - 23:2
**substantive** [1] - 7:5
**subsumed** [1] - 7:4
**such** [1] - 14:20
**suffering** [1] - 16:25
**sufficiently** [1] - 5:3
**Suite** [3] - 1:19, 1:23, 2:3
**superseding** [1] - 11:11
**supervised** [3] - 8:10, 22:14, 22:21
**supervision** [1] - 24:4
**supplemental** [1] - 28:9
**supporting** [1] - 21:3
**Supreme** [1] - 4:3
**sure** [5] - 11:6, 13:20, 14:6, 17:6, 20:6
**surrender** [5] - 23:6, 23:16, 26:23, 27:3, 29:2
**suspended** [1] - 23:4

## T

**tailor** [1] - 4:7
**take** [2] - 21:2, 21:13
**taken** [1] - 7:5
**taking** [1] - 28:19
**target** [3] - 13:24, 14:2, 14:20
**tax** [6] - 5:19, 7:3, 12:11, 15:10, 15:18
**team** [1] - 9:25
**tell** [2] - 15:9, 17:5
**tells** [2] - 14:12, 15:5
**ten** [1] - 9:16

**term** [4] - 19:18, 22:10, 22:14, 24:4
**terms** [5] - 9:7, 12:23, 13:15, 13:19, 22:15
**testify** [2] - 10:3, 10:6
**testing** [1] - 23:3
**Texas** [8] - 1:19, 1:23, 2:3, 2:7, 2:8, 11:4, 25:4, 29:13
**TEXAS** [2] - 1:1, 1:5
**than** [3] - 12:16, 17:18, 19:4
**thank** [15] - 3:18, 8:17, 13:4, 19:25, 20:1, 20:13, 21:22, 21:23, 22:2, 23:14, 24:19, 28:13, 29:6, 29:7, 29:8
**thanks** [2] - 21:11
**that** [143] - 4:3, 4:10, 4:22, 4:23, 5:2, 5:13, 5:14, 5:19, 5:22, 5:23, 6:2, 6:5, 6:11, 6:13, 6:15, 6:20, 6:21, 6:24, 7:2, 7:4, 7:5, 7:11, 7:15, 7:17, 7:18, 7:22, 7:25, 8:4, 8:8, 8:24, 9:2, 9:6, 9:10, 9:11, 9:16, 9:18, 9:21, 9:23, 9:25, 10:1, 10:5, 10:7, 10:11, 10:15, 10:17, 10:21, 10:22, 10:23, 10:25, 11:2, 11:3, 11:7, 11:12, 11:14, 11:16, 12:6, 12:13, 12:20, 12:24, 13:2, 13:9, 13:11, 13:13, 13:15, 13:16, 13:19, 13:23, 13:25, 14:1, 14:5, 14:7, 14:8, 14:12, 14:15, 14:17, 14:20, 14:22, 15:1, 15:5, 15:9, 15:15, 15:17, 15:21, 15:24, 16:5, 16:8, 16:15, 16:16, 16:17, 16:19, 17:6, 17:9, 17:11, 17:20, 17:25, 18:1, 18:10, 18:21, 19:3, 19:4, 19:5, 19:10, 19:16, 20:3, 21:1, 21:3, 21:13, 21:17, 22:5, 22:8, 22:23, 23:1, 23:18, 24:7, 24:13, 24:15, 24:22, 25:17, 26:3, 26:6, 26:7, 26:11, 26:13, 26:14, 26:16, 27:2, 27:6, 27:9, 27:10, 28:4, 28:11, 28:18, 28:21, 28:23, 28:25, 29:13
**that's** [5] - 6:2, 6:6, 7:13, 7:25, 11:25
**THE** [52] - 1:10, 1:14, 1:21, 3:2, 3:9, 3:11, 3:15, 3:19, 3:24, 5:24, 6:6, 6:9, 6:11, 6:17, 6:25, 7:14, 8:3, 8:21, 9:19, 11:6, 11:22, 12:1, 12:7, 13:4, 13:8, 16:2, 20:1, 20:9, 20:11, 20:12, 20:13, 21:23, 22:2, 23:11, 23:14, 24:19, 24:22, 26:5, 26:16, 26:21, 27:1, 27:7, 27:12, 27:19, 27:24, 28:7, 28:12, 28:14, 28:18, 28:23, 29:3, 29:8
**the** [336] - 3:2, 3:4, 3:6, 3:12, 3:22, 4:1, 4:3, 4:4, 4:7, 4:9, 4:10, 4:12, 4:13, 4:14, 4:15, 4:16, 4:17, 4:18, 4:19, 4:20, 4:21, 4:22, 4:23, 4:25, 5:1, 5:4, 5:5, 5:8, 5:9, 5:10, 5:12, 5:14, 5:16, 5:17, 5:19, 5:20, 5:21, 5:24, 5:25, 6:4, 6:7, 6:13, 6:14, 6:15, 6:20, 7:1, 7:3, 7:4, 7:5, 7:6, 7:9, 7:10, 7:11, 7:12, 7:16, 7:17, 7:18, 7:19, 7:20, 7:22, 7:25, 8:5, 8:6, 8:7, 8:9, 8:19, 8:22, 8:25, 9:2, 9:3, 9:5, 9:8, 9:9, 9:13, 9:15, 9:17, 9:19, 9:21, 9:23, 9:24, 9:25, 10:1, 10:4, 10:8, 10:9, 10:11, 10:17, 10:18, 10:19, 10:20, 10:22, 11:3, 11:9, 11:11, 11:14, 11:15, 11:16, 11:20, 12:2, 12:5, 12:13, 12:14, 12:20, 12:21, 12:23,

12:24, 12:25, 13:5, 13:10, 13:14, 13:15, 13:16, 13:19, 13:20, 13:21, 13:22, 13:23, 13:25, 14:1, 14:5, 14:6, 14:10, 14:11, 14:12, 14:15, 14:16, 14:17, 14:24, 14:25, 15:4, 15:6, 15:7, 15:8, 15:9, 15:10, 15:11, 15:13, 15:14, 15:16, 15:17, 15:20, 15:21, 15:22, 15:24, 15:25, 16:3, 16:4, 16:6, 16:9, 16:11, 16:12, 16:13, 16:15, 16:16, 16:17, 16:22, 16:24, 16:25, 17:1, 17:4, 17:5, 17:6, 17:8, 17:11, 17:18, 17:21, 17:25, 18:2, 18:13, 18:14, 18:16, 18:20, 18:23, 18:24, 18:25, 19:2, 19:5, 19:6, 19:12, 19:13, 19:15, 19:16, 19:20, 19:21, 19:23, 20:2, 20:4, 20:5, 20:7, 20:16, 20:25, 21:2, 21:6, 21:7, 21:11, 21:14, 21:17, 21:25, 22:3, 22:4, 22:5, 22:7, 22:8, 22:9, 22:13, 22:17, 22:18, 22:19, 22:21, 22:23, 22:25, 23:1, 23:2, 23:9, 23:13, 23:20, 23:21, 23:22, 23:23, 24:2, 24:5, 24:6, 24:7, 24:8, 24:11, 24:13, 24:14, 24:15, 24:16, 24:17, 24:19, 24:23, 24:24, 25:1, 25:2, 25:3, 25:5, 25:6, 25:7, 25:16, 25:17, 25:19, 25:20, 25:21, 25:24, 26:1, 26:7, 26:10, 26:13, 26:15, 26:16, 26:18, 26:20, 26:22, 26:24, 27:5, 27:6, 27:9, 27:10, 27:14, 27:16, 27:19, 27:25, 28:2, 28:3, 28:5, 28:8, 28:9, 28:10, 28:16, 28:18, 28:19, 28:23, 28:25, 29:1, 29:2, 29:13, 29:14
**The** [2] - 4:14, 29:9
**their** [5] - 4:15, 16:12, 21:4, 23:7, 23:17
**them** [5] - 6:22, 7:7, 10:11, 11:25, 13:20
**then** [6] - 6:22, 6:23, 10:6, 14:4, 14:9, 26:10
**theory** [1] - 25:17
**there** [7] - 5:14, 5:22, 10:10, 10:18, 12:10, 26:11, 26:12
**there's** [1] - 29:4
**thereafter** [1] - 4:17
**therefore** [2] - 8:5, 22:7
**these** [4] - 8:6, 10:19, 11:20, 25:15
**they** [8] - 4:23, 5:23, 6:2, 7:17, 9:2, 14:21, 17:6, 26:7
**they're** [2] - 18:10, 20:17
**thing** [2] - 5:25, 9:2
**things** [1] - 26:2
**think** [19] - 5:20, 7:21, 7:22, 9:5, 10:16, 11:4, 11:22, 11:25, 12:10, 12:23, 13:2, 13:22, 15:21, 19:2, 19:11, 26:5, 26:6, 27:10, 28:21
**this** [52] - 3:16, 3:25, 4:21, 5:11, 7:21, 8:1, 8:14, 8:15, 8:19, 8:20, 8:23, 8:24, 9:8, 9:10, 9:12, 9:14, 9:15, 10:8, 10:16, 10:23, 11:12, 12:15, 13:10, 13:17, 13:21, 15:5, 17:9, 17:14, 19:2, 19:8, 19:12, 19:16, 19:17, 19:18, 19:19,

19:20, 19:22, 20:14, 20:16, 20:17, 20:21, 21:8, 21:9, 22:24, 25:2, 25:7, 25:14, 25:18, 26:13, 28:12
**those** [9] - 9:1, 13:2, 14:5, 16:1, 17:2, 17:5, 17:6, 20:7, 25:13
**though** [1] - 12:21
**threat** [2] - 18:15, 18:16
**three** [3] - 6:15, 8:10, 20:17
**through** [6] - 10:23, 16:1, 18:9, 18:18, 25:3
**throughout** [1] - 21:14
**time** [9] - 3:13, 13:11, 15:15, 18:4, 19:5, 19:23, 20:17, 26:4, 27:20
**timely** [1] - 16:4
**to** [164] - 3:15, 4:1, 4:6, 4:7, 4:11, 4:12, 4:14, 4:15, 4:18, 4:20, 4:22, 5:4, 5:12, 5:17, 5:24, 5:25, 8:3, 8:10, 8:11, 8:14, 8:16, 8:18, 9:9, 9:21, 9:22, 9:25, 10:3, 10:8, 10:11, 11:5, 11:7, 11:11, 11:12, 11:18, 11:20, 12:2, 12:11, 12:14, 13:3, 13:5, 13:13, 13:16, 13:19, 13:24, 14:2, 14:4, 14:5, 14:9, 14:10, 14:17, 14:18, 14:20, 14:22, 14:24, 15:1, 15:6, 15:20, 15:21, 15:22, 15:25, 16:11, 16:13, 16:18, 17:1, 17:2, 17:5, 17:8, 17:11, 17:24, 18:4, 18:9, 18:10, 18:15, 18:16, 18:21, 18:23, 19:4, 19:7, 19:8, 19:13, 19:17, 19:19, 19:23, 20:3, 20:6, 20:7, 20:13, 20:25, 21:1, 21:3, 21:9, 21:11, 21:12, 21:16, 21:20, 22:3, 22:4, 22:5, 22:7, 22:9, 22:10, 22:11, 22:15, 22:18, 22:19, 23:5, 23:6, 23:15, 23:16, 23:22, 23:23, 24:1, 24:6, 24:14, 24:16, 24:23, 25:3, 25:6, 25:9, 25:11, 25:17, 25:20, 25:21, 25:22, 25:24, 26:10, 26:17, 26:22, 27:2, 27:15, 27:16, 27:17, 27:21, 27:22, 28:9, 28:15, 28:16, 28:18, 28:19, 28:24, 28:25, 29:13
**today** [2] - 28:16, 28:20
**together** [2] - 5:23, 6:16
**took** [4] - 3:19, 11:4, 12:18, 14:15
**total** [6] - 4:16, 8:7, 22:11, 22:16, 24:24, 27:25
**totally** [1] - 18:12
**toward** [1] - 21:19
**town** [1] - 21:6
**trade** [1] - 16:22
**TRANSCRIPT** [1] - 1:10
**transcript** [2] - 1:25, 29:13
**traveled** [1] - 18:4
**treat** [1] - 7:3
**trial** [3] - 5:4, 10:3, 10:5
**tried** [1] - 17:5
**true** [1] - 29:13
**turmoil** [1] - 17:23
**two** [5] - 7:4, 9:15, 9:17, 10:10, 26:2

# U

**U.S** [8] - 1:15, 1:18, 4:3, 15:18, 23:6,

23:16, 24:1, 24:8
**ultimate** [2] - 4:24, 5:17
**under** [9] - 4:16, 4:20, 6:20, 8:9, 15:25, 19:8, 19:16, 22:5, 23:13
**underlying** [1] - 15:12
**undermines** [1] - 7:11
**undermining** [1] - 17:9
**understanding** [2] - 11:3, 29:14
**understate** [2] - 9:20, 12:6
**understated** [1] - 10:14
**undertaken** [1] - 5:18
**unique** [1] - 19:20
**unit** [1] - 20:21
**United** [12] - 2:6, 3:5, 20:22, 23:21, 23:23, 24:2, 24:14, 24:16, 25:3, 25:6, 29:12
**UNITED** [3] - 1:1, 1:4, 1:11
**unless** [1] - 23:21
**unlikely** [1] - 14:1
**unpaid** [1] - 25:2
**until** [3] - 23:18, 28:22, 28:23
**unwarranted** [2] - 18:21, 22:6
**up** [6] - 5:21, 6:1, 8:18, 9:25, 16:21, 25:13
**updated** [1] - 28:10
**upon** [3] - 21:9, 22:13, 23:3
**us** [1] - 20:24
**use** [2] - 14:17, 20:4
**used** [3] - 5:4, 13:15, 19:19
**uses** [1] - 13:19
**using** [1] - 12:20

## V

**Van** [1] - 12:4
**vary** [1] - 22:4
**Venezuela** [5] - 10:17, 16:21, 17:1, 23:11, 23:12
**Venezuelan** [1] - 10:1
**versus** [2] - 3:5, 15:18
**very** [12] - 8:22, 9:2, 9:3, 9:10, 10:15, 10:19, 10:20, 11:8, 12:14, 12:19, 13:2
**via** [1] - 1:25
**violent** [1] - 18:15
**voluntary** [2] - 26:23, 27:3
**VS** [1] - 1:5

## W

**waive** [2] - 25:15, 28:12
**waiver** [1] - 25:16
**waivers** [1] - 25:15
**want** [3] - 4:1, 11:18, 13:19
**warranted** [1] - 19:2
**was** [37] - 5:9, 9:4, 10:4, 10:15, 10:22, 11:23, 12:8, 12:9, 12:13, 12:14, 12:17, 12:19, 12:25, 13:1, 13:23, 13:24, 13:25, 14:1, 14:16, 14:20, 16:15, 16:17, 17:14, 18:6, 19:6, 19:7, 19:8, 19:17, 21:9, 26:5, 26:6, 26:11, 26:12, 26:13, 28:5,

28:16
**wash** [1] - 6:1
**Washington** [1] - 1:16
**way** [1] - 10:17
**we** [23] - 3:2, 5:17, 5:19, 5:21, 6:1, 6:4, 6:19, 7:21, 9:22, 10:24, 10:25, 11:8, 11:18, 11:22, 12:18, 12:19, 13:2, 15:20, 17:17, 26:3, 26:14, 28:4
**we'd** [1] - 28:21
**we're** [2] - 11:16, 29:4
**we've** [2] - 6:5, 11:1
**weeks** [1] - 10:4
**weight** [1] - 4:20
**Well** [1] - 15:14
**well** [9] - 4:8, 7:7, 7:11, 8:14, 9:1, 10:10, 10:17, 15:16, 16:9
**were** [6] - 8:25, 11:22, 12:19, 12:20, 14:21, 29:9
**what** [3] - 8:16, 11:25, 14:6, 16:18, 17:18
**what's** [1] - 7:14
**whatever** [1] - 21:21
**whatsoever** [1] - 28:6
**when** [5] - 7:19, 11:22, 14:25, 15:13, 18:23
**where** [2] - 12:1, 21:7
**whereabouts** [1] - 14:21
**whether** [2] - 5:2, 19:1
**which** [26] - 5:5, 5:9, 5:10, 6:18, 6:22, 7:6, 7:7, 7:21, 7:22, 9:4, 9:8, 10:4, 11:10, 12:12, 12:19, 12:25, 15:6, 19:22, 20:16, 20:23, 21:10, 22:19, 25:14, 27:17, 28:10, 28:16
**while** [3] - 3:19, 7:17, 22:21
**who** [14] - 3:6, 3:12, 3:22, 10:10, 13:10, 14:7, 14:18, 15:2, 15:4, 18:2, 19:12, 20:18, 20:19
**wife** [2] - 18:1, 20:19
**will** [12] - 4:10, 4:14, 4:17, 4:19, 8:5, 9:2, 10:6, 12:4, 26:8, 26:16, 26:21, 29:1
**wish** [1] - 20:3
**with** [32] - 5:1, 5:12, 5:13, 5:21, 5:24, 6:2, 8:7, 8:22, 9:18, 10:7, 10:11, 14:5, 14:18, 14:23, 14:24, 16:11, 17:2, 18:2, 19:6, 19:9, 20:20, 21:1, 21:12, 22:6, 22:23, 22:25, 24:5, 24:8, 26:23, 26:24
**within** [6] - 4:15, 7:4, 22:17, 23:24, 25:2, 25:19
**without** [4] - 10:2, 10:12, 24:11, 25:21
**won't** [1] - 14:19
**words** [1] - 21:12
**work** [1] - 24:2
**worked** [3] - 9:18, 16:21, 17:22
**worries** [1] - 20:9
**would** [20] - 6:18, 6:19, 6:20, 6:21, 6:23, 7:20, 7:23, 7:25, 8:16, 9:9, 10:1, 10:12, 10:25, 11:13, 12:1, 14:2, 15:20, 20:3, 21:4, 27:16
**wrongdoing** [1] - 16:5

## Y

**yeah** [1] - 6:1
**year** [4] - 18:7, 22:14, 22:16
**years** [15] - 8:10, 8:20, 9:12, 9:16, 13:18, 16:7, 17:22, 17:23, 18:18, 19:7, 19:9, 19:18, 20:15, 20:20, 21:9
**yes** [13] - 3:8, 3:23, 6:10, 6:13, 8:21, 9:20, 13:7, 24:21, 26:2, 26:19, 27:4, 27:7, 29:3
**yesterday** [1] - 28:5
**yields** [1] - 8:8
**York** [1] - 1:15
**you** [75] - 3:15, 3:18, 3:25, 6:11, 6:22, 7:2, 7:7, 8:14, 8:16, 8:17, 9:12, 9:20, 11:8, 11:13, 12:1, 12:3, 12:4, 12:13, 13:4, 13:5, 13:16, 13:18, 19:25, 20:1, 20:2, 20:3, 20:13, 21:10, 21:11, 21:16, 21:20, 21:22, 21:23, 22:2, 23:1, 23:5, 23:14, 23:15, 23:20, 23:21, 23:22, 23:23, 23:24, 23:25, 24:1, 24:5, 24:10, 24:19, 24:20, 25:11, 25:12, 25:13, 25:16, 25:17, 25:18, 25:19, 25:20, 25:21, 25:22, 27:6, 27:9, 27:12, 27:14, 27:16, 27:21, 28:3, 28:13, 28:19, 29:6, 29:7, 29:8
**you're** [3] - 12:12, 24:3, 27:12
**Your** [38] - 3:8, 3:13, 3:18, 3:23, 5:16, 6:4, 6:10, 6:13, 7:16, 8:17, 8:18, 8:22, 8:23, 8:25, 9:13, 11:18, 12:17, 13:1, 16:19, 27:5, 27:23, 28:8, 28:13, 28:15, 28:21, 29:7
**your** [14] - 3:9, 3:11, 3:16, 4:1, 4:11, 5:7, 7:14, 8:3, 8:14, 21:21, 24:4, 25:12, 25:15

## Z

**zero** [1] - 27:18
**Zimmermann** [2] - 2:1, 2:2
**Zulia** [1] - 21:7