United States District Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus | | |
| **ROBERTO ENRIQUE RINCON-FERNANDEZ** | | CRIMINAL CASE: 4:15 CR 654-1 |

## ORDER TO SURRENDER

The defendant, **ROBERTO ENRIQUE RINCON-FERNANDEZ #98572-379**

having been sentenced to the custody of the Bureau of Prisons, is ordered to

surrender on **Tuesday, March 14, 2023,** by 2:00 pm to:

FCI BEAUMONT LOW
5560 KNAUTH ROAD
BEAUMONT, TX 77705
409-727-8172

Signed on February 27, 2023.

GRAY MILLER
UNITED STATES DISTRICT JUDGE