United States District Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA § SOUTHERN DISTRICT OF TEXAS
§ HOUSTON DIVISION
§
§
Versus §
§
**ROBERTO ENRIQUE RINCON-FERNANDEZ**   CRIMINAL CASE: 4:15 CR 654-1

## ORDER TO SURRENDER

The defendant, **ROBERTO ENRIQUE RINCON-FERNANDEZ #98572-379**

having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Monday, May 1, 2023,** by 2:00 pm to:

FCI BEAUMONT LOW
5560 KNAUTH ROAD
BEAUMONT, TX 77705
409-727-8172

Signed on _____March 6_____, 2023

GRAY MILLER
UNITED STATES DISTRICT JUDGE